# EXHIBIT F

## States Where Consolidated, Combined or Unitary Tax Returns Filed

Alaska

Arizona

California

Colorado

Hawaii

Idaho

Illinois

Indiana

Kansas

Maine

Michigan

Minnesota

Montana

Nebraska

New Hampshire

New Mexico

Oklahoma

Oregon

Tennessee

Texas

Utah

Vermont