# EXHIBIT G

# Washington Mutual Inc and Subsidiaries
## JPM Bank Accounts - Post 09/26/2008

| Legal Entity Name | Federal ID.No. | Co No | WMB/Chase DDA.No. | 12/1/2008 |
|---|---|---|---|---|
| Washington Mutual Inc. | 91-1653725 | 70 | 179-165066-7 | 261,346,985 |
| Washington Mutual Inc. | 91-1653725 | 70 | 441-006423-4 | 3,667,943,173 |
| Washington Mutual Inc. | 91-1653725 | 70 | 177-891120-6 | 52,659,715 |
| Washington Mutual Inc. | 91-1653725 | 70 | 181-252962-6 | 4,650 |
| Washington Mutual Inc. | 91-1653725 | 70 | 314-197966-3 | 747,799 |
| WMI Investment Corp (fka WAMU Investments Corp) | 20-5885395 | 467 | 314-197470-4 | 53,493,453 |
| **Debtor Companies** | | | | **4,036,195,775** |
| Great Western Service Corp. No. 2 | 95-4132223 | 113 | 095-014218-4 | 2,048,994 |
| Washington Mutual Finance Group, LLC | 59-3637422 | 422 | 441-006352-5 | 1,832,765 |
| Washington Mutual Finance Group, LLC | 59-3637422 | 422 | 314-197787-3 | - |
| WaMu 1031 Exchange (fka TIMCOR Exchange) - General | 20-4242904 | 481 | 440-043509-9 | - |
| WaMu 1031 Exchange (fka TIMCOR Exchange) - Deposit | 20-4242904 | 481 | 440-043508-1 | 64,874 |
| WaMu 1031 Exchange (fka TIMCOR Exchange) - MM Acct | 20-4242904 | 481 | 342-890084-4 | 29,764,197 |
| WM Mortgage Reinsurance Company, Inc. | 99-0347524 | 136 | 179-170835-9 | 156,368 |
| Marion Insurance Company Inc. | 91-2006036 | 139 | 179-170773-1 | 37,862 |
| WM Aircraft Holdings, LLC | 91-2092536 | 141 | 179-170718-7 | 25,493,030 |
| Ahmanson Developments Inc. | 95-2758479 | 231 | 195-072341-1 | 1,625,243 |
| Ahmanson GGC LLC | 91-1984608 | 240 | 195-023628-2 | 74,623,241 |
| Ahmanson Residential Development | 95-4388137 | 247 | 195-072342-9 | 3,097,999 |
| ACD2 | 95-4388136 | 248 | 195-072348-7 | 41,813 |
| Sutter Bay LLC | 91-1984607 | 253 | 195-072349-5 | 93,996,770 |
| Sutter Bay Corp. | 95-4605800 | 255 | 195-023629-0 | 62,490,542 |
| Flower Street Corp. | 95-4605799 | 256 | 195-023630-7 | 13,166,938 |
| ACD4 | 95-4466602 | 258 | 195-072344-5 | 282 |
| ACD3 | 95-4466606 | 260 | 195-072346-1 | 73,356 |
| Ahmanson Residential 2 | 95-4466607 | 261 | 195-072347-9 | 1,677 |
| Ahmanson Obligation Company | 95-4365770 | 275 | 876-483771-9 | 11,566,788 |
| Riverpoint Associates | 95-4234896 | 280 | 195-023632-3 | 2,108,986 |
| Riverpoint Associates | 95-4234896 | 280 | 179-170367-2 | 105,000 |
| WMI Rainier LLC | 20-4753452 | 462 | 314-197969-7 | - |
| **Non-debtor Companies** | | | | **322,296,723** |