# EXHIBIT H



WASHINGTON MUTUAL
ON-US ELEVATION REPORT
08/31/2008



| Thomas Casey - Chief Financial Officer<br>James Douthitt - Controller - Business Segment<br>Lourdes St John - OWNER | | | | | CURRENT BALANCE* | RECONCILING ITEMS<br>Aged 0 TO 30 DAYS | | RECONCILING ITEMS<br>Aged 31 TO 60 DAYS | | RECONCILING ITEMS<br>Aged 61 TO 90 DAYS | | | RECONCILING ITEMS<br>Aged OVER 90 DAYS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ON-US ACCT | ACCT NAME | CO NO | CLRG DAYS | R | Last Recon Date | AS OF 08/31/2008 | DEBITS | CREDITS | DEBITS | CREDITS | DEBITS | # OF ITEMS | CREDITS | # OF ITEMS | DEBITS | # OF ITEMS | CREDITS | # OF ITEMS | Oldest mmddyy | ADJUSTED BALANCE* | F | RECON MGR | K |
| 100003877967 | WASHINGTON MUTUAL FOUNDATION | 1 | 15 | 1 | 08/31/2008 | 173,593.53 | | 1,500.00 | | | | | | | | | | | | 172,093.53 | | Little | H |
| 18100002530772 | SENECA FUNDING (UK) LIMITED AS | 2 | 15 | 1 | 08/31/2008 | 0.00 | | | | | | | | | | | | | | 0.00 | | Little | H |
| 31400001974704 | WAMU INVESTMENT CORP | 2 | 15 | 1 | 08/31/2008 | 51,650,603.75 | | | | | | | | | | | | | | 51,650,603.75 | | Little | H |
| 31400001979217 | NAMCO SECURITIES CORP | 2 | 15 | 1 | 08/31/2008 | 1,000.00 | | | | | | | | | | | | | | 1,000.00 | | Little | H |
| 31400001979663 | WASHINGTON MUTUAL INC | 2 | 15 | 1 | 08/31/2008 | 10,000,000.00 | | | | | | | | | | | | | | 10,000,000.00 | | Little | H |
| 44100000064177 | WAMU 2008-SFR1 | 2 | 15 | 1 | 08/31/2008 | 0.01 | | 0.01 | | | | | | | | | | | | 0.00 | | St John | H |
| | TOTAL ON-US | | | | | 61,825,197.29 | 0.00 | 1,500.01 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | | 61,823,697.28 | | | |

Additional On-Us accounts under ownership; however, elevated via the GL accounts listed:

| On-Us Acct# | Acct Name | CO | Clrg Days | R | Balance | GL Co | GL Acct | Rc | GL Title |
|---|---|---|---|---|---|---|---|---|---|
| 10000000649541 | SEAFAIR SECURITIES HOLDING CORP | 2 | 15 | 1 | 52,551,992.04 | 322 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 17700008911206 | WASHINGTON MUTUAL INC | 2 | 15 | 1 | 52,553,247.70 | 070 | 12512 | 0009909 | MONEY MKT INV-I/C-WMBFA-002 |
| 17700008938359 | SEAFAIR SECURITIES HOLDING CORP | 2 | 15 | 1 | 143,381,359.89 | 322 | 12512 | 0009909 | MONEY MKT INV-I/C-WMBFA-002 |
| 17700008982942 | MARION HOLDINGS INC | 2 | 15 | 1 | 0.00 | 103 | 10451 | 0009909 | DUE FROM WMBFA-MMDA-I/C |
| 17900001650667 | WASHINGTON MUTUAL INC | 2 | 15 | 4 | 4,541,729,651.01 | 070 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 18100002530764 | SENECA FUNDING (UK) LIMITED IN ITS | 2 | 15 | 1 | 1,062,809.02 | 428 | 10450 | 0009910 | DUE FROM WMB FA-I/C |
| 30600004730291 | WM HOME EQUITY TRUST I | 2 | 15 | 1 | 0.00 | 457 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 30600004730308 | WM PREFERRED FUNDING LLC | 2 | 15 | 1 | 1,735,399,024.30 | 456 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001974837 | WAMU 2006-OA1-458 | 2 | 15 | 1 | 0.00 | 458 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001979225 | WAMU 2007-FLEX 1 | 2 | 15 | 1 | 0.00 | 503 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001979382 | PIKE STREET HOLDINGS | 2 | 15 | 1 | 0.00 | 502 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001979697 | WMI RAINIER LLC | 2 | 15 | 1 | 0.00 | 462 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063244 | WESTERN SERVICE CO. | 2 | 30 | 1 | 0.00 | 518 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063252 | DIME CAPITAL PARTNERS, INC | 2 | 15 | 1 | 0.00 | 343 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063385 | WINSLOW LLC | 2 | 15 | 1 | 0.00 | 511 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063591 | WASHINGTON MUTUAL TRADE SERVICE | 2 | 15 | 1 | 18,882.05 | 411 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000064143 | WASHINGTON MUTUAL BANK | 2 | 15 | 1 | 0.01 | 527 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 87600004837719 | AHMANSON OBLIGATION COMPANY | 2 | 15 | 1 | 11,410,072.64 | 275 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 9100008014490 | WASHINGTON MUTUAL BANK, FA | 1 | 15 | 4 | 238,973.53 | 002 | 10421 | 0009347 | DUE FROM WMB-MMDA-I/C |
| 9500000147770 | WASHINGTON MUTUAL FSB | 2 | 15 | 4 | 448,504.69 | 040 | 10450 | 0009909 | DUE FROM WMB FA-I/C |

Legend:
R-Reconciliation Method, i.e. 1-Manual, 4-Recon Plus, 8-BREC
K-Risk Factor, i.e. H-High, M-Medium, L-Low
F-Footnotes

On-Us owner Signature:_____ Date:_____

On-Us owner signature above is acknowledgment that all On-Us accts have been reconciled in accordance with policy. Any exceptions to the policy are fully documented within the elevation report, using the last date column, footnote column, and exception report.

To be received by Recon Control Department (CSQ1015) by the 20th of the month following the report date.

FOOTNOTES



WASHINGTON MUTUAL
ON-US ELEVATION REPORT
09/30/2008



Thomas Casey - Chief Financial Officer
James Douthitt - Controller - Business Segment
Lourdes St John - OWNER

| ON-US ACCT | ACCT NAME | CO NO | CLRG DAYS | R | Last Recon Date | CURRENT BALANCE* AS OF 09/30/2008 | RECONCILING ITEMS Aged 0 TO 30 DAYS | | RECONCILING ITEMS Aged 31 TO 60 DAYS | | RECONCILING ITEMS Aged 61 TO 90 DAYS | | | | RECONCILING ITEMS Aged OVER 90 DAYS | | | | Oldest mmddyy | ADJUSTED BALANCE* | F | RECON MGR | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DEBITS | CREDITS | DEBITS | CREDITS | DEBITS | # OF ITEMS | CREDITS | # OF ITEMS | DEBITS | # OF ITEMS | CREDITS | # OF ITEMS | | | | | |
| 100003877957 | WASHINGTON MUTUAL FOUNDATION | 1 | 15 | 1 | 09/30/2008 | 164,465.48 | | 977.00 | | | | | | | | | | | | 163,488.48 | | Little | H |
| 18100002530772 | SENECA FUNDING (UK) LIMITED AS | 2 | 15 | 1 | 09/30/2008 | 0.00 | | | | | | | | | | | | | | 0.00 | | Little | H |
| 31400001974704 | WAMU INVESTMENT CORP. | 2 | 15 | 1 | 09/30/2008 | 53,145,275.33 | | | | | | | | | | | | | | 53,145,275.33 | | Little | H |
| 31400001979217 | NAMCO SECURITIES CORP | 2 | 15 | 1 | 09/30/2008 | 1,000.00 | | | | | | | | | | | | | | 1,000.00 | | Little | H |
| 31400001979663 | WASHINGTON MUTUAL INC | 2 | 15 | 1 | 09/30/2008 | 747,799.23 | | | | | | | | | | | | | | 747,799.23 | | Little | H |
| 44100000064177 | WAMU 2008-SFR1 | 2 | 15 | 1 | 09/30/2008 | 0.01 | | | | 0.01 | | | | | | | | | | 0.00 | | St John | H |
| | TOTAL ON-US | | | | | 54,058,540.05 | 0.00 | 977.00 | 0.00 | 0.01 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | | 54,057,563.04 | | | |

Additional On-Us accounts under ownership; however, elevated via the GL accounts listed:

| On-Us Acct# | Acct Name | CO | Clrg Days | R | Balance | GL Co | GL Acct | Rc | GL Title |
|---|---|---|---|---|---|---|---|---|---|
| 10000000649541 | SEAFAIR SECURITIES HOLDING CORP | 2 | 15 | 1 | 52,866,639.04 | 322 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 17700008911206 | WASHINGTON MUTUAL INC | 2 | 15 | 1 | 52,600,201.01 | 070 | 12512 | 0009909 | MONEY MKT INV-I/C-WMBFA-002 |
| 17700008938359 | SEAFAIR SECURITIES HOLDING CORP | 2 | 15 | 1 | 148,363,327.83 | 322 | 12512 | 0009909 | MONEY MKT INV-I/C-WMBFA-002 |
| 17700008982942 | MARION HOLDINGS INC | 2 | 15 | 1 | 0.00 | 103 | 10451 | 0009909 | DUE FROM WMBFA-MMDA-I/C |
| 17900001650667 | WASHINGTON MUTUAL INC | 2 | 15 | 4 | 264,068,186.05 | 070 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 18100002530764 | SENECA FUNDING (UK) LIMITED IN ITS | 2 | 15 | 1 | 1,062,809.02 | 428 | 10450 | 0009910 | DUE FROM WMB FA-I/C |
| 30600004730291 | WM HOME EQUITY TRUST I | 2 | 15 | 1 | 0.00 | 457 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 30600004730308 | WM PREFERRED FUNDING LLC | 2 | 15 | 1 | 1,828,374,144.74 | 456 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001979225 | WAMU 2007-FLEX 1 | 2 | 15 | 1 | 0.00 | 503 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001979382 | PIKE STREET HOLDINGS | 2 | 15 | 1 | 0.00 | 502 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001979697 | WMI RAINIER LLC | 2 | 15 | 1 | 0.00 | 462 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063244 | WESTERN SERVICE CO. | 2 | 30 | 1 | 0.00 | 518 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063252 | DIME CAPITAL PARTNERS, INC | 2 | 15 | 1 | 0.00 | 343 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063385 | WINSLOW LLC | 2 | 15 | 1 | 342,607,720.67 | 511 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063591 | WASHINGTON MUTUAL TRADE SERVICE | 2 | 15 | 1 | 18,882.05 | 411 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 87600004837719 | AHMANSON OBLIGATION COMPANY | 2 | 15 | 1 | 11,566,787.62 | 275 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 9100008014490 | WASHINGTON MUTUAL BANK, FA | 1 | 15 | 4 | 238,973.53 | 002 | 10421 | 0009347 | DUE FROM WMB-MMDA-I/C |
| 9500000147770 | WASHINGTON MUTUAL FSB | 2 | 15 | 4 | 392,657.94 | 040 | 10450 | 0009909 | DUE FROM WMB FA-I/C |

Legend:
R-Reconciliation Method, i.e. 1-Manual, 4-Recon Plus, 8-BREC
K-Risk Factor, i.e. H-High, M-Medium, L-Low
F-Footnotes

On-Us owner Signature:_____ Date:_____

On-Us owner signature above is acknowledgment that all On-Us accts have been reconciled in accordance with policy. Any exceptions to the policy are fully documented within the elevation report, using the last date column, footnote column, and exception report.

To be received by Recon Control Department (CSQ1015) by the 20th of the month following the report date.

FOOTNOTES



# WASHINGTON MUTUAL
## ON-US ELEVATION REPORT
### 10/31/2008



Thomas Casey - Chief Financial Officer
James Douthitt - Controller - Business Segment
Lourdes St John - OWNER

| ON-US ACCT | ACCT NAME | CO NO | CLRG DAYS | R | Last Recon Date | CURRENT BALANCE* AS OF 10/31/2008 | RECONCILING ITEMS Aged 0 TO 30 DAYS | | RECONCILING ITEMS Aged 31 TO 60 DAYS | | RECONCILING ITEMS Aged 61 TO 90 DAYS | | | RECONCILING ITEMS Aged OVER 90 DAYS | | | # OF ITEMS | Oldest mmddyy | ADJUSTED BALANCE* | F | RECON MGR | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DEBITS | CREDITS | DEBITS | CREDITS | DEBITS | # OF ITEMS | CREDITS | # OF ITEMS | DEBITS | # OF ITEMS | CREDITS | | | | | |
| 100003877967 | WASHINGTON MUTUAL FOUNDATION | 1 | 15 | 1 | 10/31/2008 | 163,980.98 | | | | 86.00 | | | | | | | | | | 163,894.98 | | Little | H |
| 18100002530772 | SENECA FUNDING (UK) LIMITED AS | 2 | 15 | 1 | 10/31/2008 | 0.00 | | | | | | | | | | | | | | 0.00 | | Little | H |
| 31400001974704 | WAMU INVESTMENT CORP. | 2 | 15 | 1 | 10/31/2008 | 53,378,234.14 | | | | | | | | | | | | | | 53,378,234.14 | | Little | H |
| 31400001979217 | NAMCO SECURITIES CORP | 2 | 15 | 1 | 10/31/2008 | 1,000.00 | | | | | | | | | | | | | | 1,000.00 | | Little | H |
| 31400001979663 | WASHINGTON MUTUAL INC | 2 | 15 | 1 | 10/31/2008 | 747,799.23 | | | | | | | | | | | | | | 747,799.23 | | Little | H |
| 44100000064177 | WAMU 2008-SFR1 | 2 | 15 | 1 | 10/31/2008 | 0.01 | | | | | | | 0.01 | | | | | | | 0.00 | | St John | H |
| | TOTAL ON-US | | | | | 54,291,014.36 | 0.00 | 0.00 | 0.00 | 86.00 | 0.00 | 0 | 0.01 | 0 | 0.00 | 0 | 0.00 | 0 | | 54,290,928.35 | | | |

Additional On-Us accounts under ownership; however, elevated via the GL accounts listed:

| On-Us Acct# | Acct Name | CO | Clrg Days | R | Balance | GL Co | GL Acct | Rc | GL Title |
|---|---|---|---|---|---|---|---|---|---|
| 10000000649541 | SEAFAIR SECURITIES HOLDING CORP | 2 | 15 | 1 | 53,319,980.55 | 322 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 17700008911206 | WASHINGTON MUTUAL INC | 2 | 15 | 1 | 52,638,142.14 | 070 | 12512 | 0009909 | MONEY MKT INV-I/C-WMBFA-002 |
| 17700008938359 | SEAFAIR SECURITIES HOLDING CORP | 2 | 15 | 1 | 153,603,003.36 | 322 | 12512 | 0009909 | MONEY MKT INV-I/C-WMBFA-002 |
| 17900001650667 | WASHINGTON MUTUAL INC SENECA FUNDING (UK) | 2 | 15 | 4 | 266,346,124.56 | 070 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 18100002530764 | LIMITED IN ITS | 2 | 15 | 1 | 1,062,809.02 | 428 | 10450 | 0009910 | DUE FROM WMB FA-I/C |
| 30600004730291 | WM HOME EQUITY TRUST I | 2 | 15 | 1 | 0.00 | 457 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 30600004730308 | WM PREFERRED FUNDING LLC | 2 | 15 | 1 | 1,982,302,298.57 | 456 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001979225 | WAMU 2007-FLEX 1 | 2 | 15 | 1 | 0.00 | 503 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001979382 | PIKE STREET HOLDINGS | 2 | 15 | 1 | 0.00 | 502 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 31400001979697 | WMI RAINIER LLC | 2 | 15 | 1 | 0.00 | 462 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063244 | WESTERN SERVICE CO. | 2 | 30 | 1 | 0.00 | 518 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063252 | DIME CAPITAL PARTNERS, INC | 2 | 15 | 1 | 0.00 | 343 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063385 | WINSLOW LLC | 2 | 15 | 1 | 609,379,345.77 | 511 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000063591 | WASHINGTON MUTUAL TRADE SERVICE | 2 | 15 | 1 | 18,882.05 | 411 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 44100000064234 | WMI AHMANSON OBLIGATION | 40 | 15 | 1 | 3,667,943,172.50 | 070 | 10441 | 0009909 | DUE FROM WFSB-MMDA-I/C |
| 87600004837719 | COMPANY | 2 | 15 | 1 | 11,566,787.62 | 275 | 10450 | 0009909 | DUE FROM WMB FA-I/C |
| 9100008014490 | WASHINGTON MUTUAL BANK,FA | 1 | 15 | 4 | 238,973.53 | 002 | 10421 | 0009347 | DUE FROM WMB-MMDA-I/C |
| 9500000147770 | WASHINGTON MUTUAL FSB | 2 | 15 | 4 | 371,508.98 | 040 | 10450 | 0009909 | DUE FROM WMB FA-I/C |

Legend:
R-Reconciliation Method, i.e. 1-Manual, 4-Recon Plus, 8-BREC
K-Risk Factor, i.e. H-High,M-Medium,L-Low
F-Footnotes

On-Us owner Signature:_____ Date:_____

On-Us owner signature above is acknowledgment that all On-Us accts have been reconciled in accordance with policy. Any exceptions to the policy are fully documented within the elevation report, using the last date column, footnote column, and exception report.

To be received by Recon Control Department (CSQ1015) by the 20th of the month following the report date.

FOOTNOTES
_____