# EXHIBIT I



P.O. BOX 2395
CHATSWORTH, CA 91313-2395

**This Statement Covers**
From: 08/01/08
Through: 08/31/08

WASHINGTON MUTUAL INC
ATTN: TREASURY ACCTG/LULU ST JOHN
1301 2ND AVE # WMC1411
SEATTLE WA 98101-2005

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

# Washington Mutual Internal Checking Detail Information

**WASHINGTON MUTUAL INC**  Account Number: 179-165066-7
Washington Mutual Bank, FA

## Account Summary

| | |
|---|---:|
| **Beginning Balance** | $3,941,291,473.69 |
| Deposits | +29,613.00 |
| Electronic & Misc. Deposits | +707,687,666.24 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | -107,279,101.92 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | **$4,541,729,651.01** |

## Deposits

| Date | Amount | Description |
|---|---:|---|
| 08/12 | 29,613.00 | Customer Deposit |
| *1 Item* | *$29,613.00* | |

## Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---:|---|---|
| 08/04 | 1,366.72 | WIRE TRANSFER DEPOSIT | |
| 08/04 | 2,440.83 | WIRE TRANSFER DEPOSIT | |
| 08/04 | 13,424.52 | WIRE TRANSFER DEPOSIT | |
| 08/04 | 4,900.49 | WIRE TRANSFER DEPOSIT | |
| 08/04 | 100,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/05 | 100,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/06 | 131.34 | WIRE TRANSFER DEPOSIT | |
| 08/07 | 6,100,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/07 | 28,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/07 | 25,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/07 | 5,755,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/07 | 535,094.92 | MISCELLANEOUS CREDIT | |





| Electronic & Miscellaneous Deposits ||||
|---|---|---|---|
| Date | Amount | Description | Card Number |
| 08/07 | 100,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/08 | 2,100,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/08 | 2,965,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/08 | 32,230,408.90 | WIRE TRANSFER DEPOSIT | |
| 08/08 | 5,868,920.00 | WIRE TRANSFER DEPOSIT | |
| 08/12 | 2,420,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/12 | 1,670,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/12 | 111.83 | WIRE TRANSFER DEPOSIT | |
| 08/12 | 2,094,190.00 | WIRE TRANSFER DEPOSIT | |
| 08/13 | 912,849.64 | WIRE TRANSFER DEPOSIT | |
| 08/14 | 19,700,000.00 | WIRE TRANSFER DEPOSIT | |
| 08/14 | 103.53 | WIRE TRANSFER DEPOSIT | |
| 08/14 | 319,239.88 | WIRE TRANSFER DEPOSIT | |
| 08/14 | 757,803.27 | WIRE TRANSFER DEPOSIT | |
| 08/15 | 4,404,600.00 | WIRE TRANSFER DEPOSIT | |
| 08/15 | 398,661.53 | WIRE TRANSFER DEPOSIT | |
| 08/19 | 600,000,000.00 | BOOK TRANSFER CREDIT | |
| 08/19 | 53,120.03 | WIRE TRANSFER DEPOSIT | |
| 08/20 | 3,025,682.98 | WIRE TRANSFER DEPOSIT | |
| 08/21 | 666,769.26 | MISCELLANEOUS CREDIT | |
| 08/28 | 138,284.21 | WIRE TRANSFER DEPOSIT | |
| 08/29 | 5,100,973.68 | MISCELLANEOUS CREDIT | |
| 08/29 | 10,095,588.68 | MISCELLANEOUS CREDIT | |
| *35 Items* | *$707,687,666.24* | | |

| Electronic & Miscellaneous Withdrawals |||
|---|---|---|
| Date | Amount | Description |
| 08/01 | 15,453,125.00 | DOMESTIC OUTGOING WIRE |
| 08/01 | 5,757,332.43 | PC INITIATED OUTGOING WIRE |
| 08/01 | 200,000.00 | PC INITIATED OUTGOING WIRE |
| 08/01 | 90,000.00 | PC INITIATED OUTGOING WIRE |
| 08/04 | 140,000.00 | PC INITIATED OUTGOING WIRE |
| 08/06 | 100,000.00 | PC INITIATED OUTGOING WIRE |
| 08/07 | 3,151.05 | MISCELLANEOUS DEBIT |
| 08/07 | 1,805,099.83 | MISCELLANEOUS DEBIT |
| 08/08 | 200,000.00 | PC INITIATED OUTGOING WIRE |
| 08/11 | 110,000.00 | PC INITIATED OUTGOING WIRE |
| 08/11 | 192.01 | DOMESTIC OUTGOING WIRE |
| 08/11 | 32,230,408.90 | BOOK TRANSFER DEBIT |
| 08/12 | 1,690,000.00 | PC INITIATED OUTGOING WIRE |
| 08/12 | 7,615,000.00 | PC INITIATED OUTGOING WIRE |
| 08/14 | 1,431,922.60 | MISCELLANEOUS DEBIT |
| 08/14 | 2,573,609.62 | MISCELLANEOUS DEBIT |
| 08/14 | 58,652.00 | MISCELLANEOUS DEBIT |
| 08/15 | 16,893,325.59 | DOMESTIC OUTGOING WIRE |
| 08/15 | 13,521.90 | DOMESTIC OUTGOING WIRE |
| 08/15 | 757,803.27 | BOOK TRANSFER DEBIT |
| 08/18 | 397,500.00 | BOOK TRANSFER DEBIT |
| 08/20 | 53,120.03 | BOOK TRANSFER DEBIT |
| 08/21 | 3,025,682.98 | BOOK TRANSFER DEBIT |
| 08/21 | 4,194,820.96 | MISCELLANEOUS DEBIT |
| 08/25 | 9,938,225.00 | DOMESTIC OUTGOING WIRE |
| 08/26 | 2,518,582.82 | DOMESTIC OUTGOING WIRE |





| Electronic & Miscellaneous Withdrawals | | |
|---|---|---|
| Date | Amount | Description |
| 08/26 | 28,025.93 | WA ST D.O.R EX DTC 0000021262 |
| *27 Items* | *$107,279,101.92* | |

| Account Activity Summary | | | |
|---|---|---|---|
| Average Collected Balance | $4,190,036,779.61 | Minimum Daily Ending Balance | $3,919,773,148.82 |
| Checks Deposited | 1 | Cash Deposited | $0.00 |
| Number of Deposits | 36 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*





P.O. BOX 2395
CHATSWORTH, CA 91313-2395

**This Statement Covers**
From: 09/01/08
Through: 09/30/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

WASHINGTON MUTUAL INC
ATTN: TREASURY ACCTG/LULU ST JOHN
1301 2ND AVE # WMC1411
SEATTLE WA 98101-2005

Please see the end of statement message regarding important information about changes to your deposit accounts and services.

# Washington Mutual Internal Checking Detail Information

WASHINGTON MUTUAL INC    Account Number: 179-165066-7
Washington Mutual Bank, FA

## Account Summary

| | |
|---|---:|
| Beginning Balance | $4,541,729,651.01 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +615,444,052.72 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | -4,893,105,517.68 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | **$264,068,186.05** |

## Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---:|---|---|
| 09/02 | 1,080.61 | WIRE TRANSFER DEPOSIT | |
| 09/02 | 11,024.44 | WIRE TRANSFER DEPOSIT | |
| 09/03 | 7,004.31 | WIRE TRANSFER DEPOSIT | |
| 09/03 | 2,423.75 | WIRE TRANSFER DEPOSIT | |
| 09/04 | 3,810,000.00 | WIRE TRANSFER DEPOSIT | |
| 09/05 | 5,125,000.00 | WIRE TRANSFER DEPOSIT | |
| 09/09 | 103.89 | WIRE TRANSFER DEPOSIT | |
| 09/10 | 167,386.65 | WIRE TRANSFER DEPOSIT | |
| 09/12 | 5,266,361.00 | WIRE TRANSFER DEPOSIT | |
| 09/12 | 318,260.96 | WIRE TRANSFER DEPOSIT | |
| 09/15 | 849,376.57 | WIRE TRANSFER DEPOSIT | |
| 09/18 | 1,775,712.04 | MISCELLANEOUS CREDIT | |
| 09/18 | 48,177.68 | WIRE TRANSFER DEPOSIT | |
| 09/18 | 37,500.00 | WIRE TRANSFER DEPOSIT | |
| 09/19 | 10,000,000.00 | WIRE TRANSFER DEPOSIT | |





| Electronic & Miscellaneous Deposits | | | |
|---|---:|---|---|
| Date | Amount | Description | Card Number |
| 09/19 | 177,000,000.00 | BOOK TRANSFER CREDIT | |
| 09/19 | 145,000,000.00 | BOOK TRANSFER CREDIT | |
| 09/22 | 145,160.97 | WIRE TRANSFER DEPOSIT | |
| 09/23 | 22,497,553.85 | WIRE TRANSFER DEPOSIT | |
| 09/23 | 5,500.00 | WIRE TRANSFER DEPOSIT | |
| 09/24 | 8,849,902.00 | WIRE TRANSFER DEPOSIT | |
| 09/30 | 99,999,999.00 | SIR2 TREAS 220 MISC PAY 911653725200929 2 | |
| 09/30 | 99,999,999.00 | SIR2 TREAS 220 MISC PAY 911653725200929 2 | |
| 09/30 | 34,526,526.00 | SIR2 TREAS 220 MISC PAY 911653725200929 2 | |
| *24 Items* | *$615,444,052.72* | | |

| Electronic & Miscellaneous Withdrawals | | |
|---|---:|---|
| Date | Amount | Description |
| 09/05 | 3,810,000.00 | BOOK TRANSFER DEBIT |
| 09/05 | 5,125,000.00 | BOOK TRANSFER DEBIT |
| 09/09 | 3,002.57 | MISCELLANEOUS DEBIT |
| 09/09 | 70,000.00 | IRS USATAXPYMT 220865300699212 |
| 09/10 | 500,000,000.00 | BOOK TRANSFER DEBIT |
| 09/11 | 614,326.45 | MISCELLANEOUS DEBIT |
| 09/11 | 58,652.00 | MISCELLANEOUS DEBIT |
| 09/11 | 112,923.51 | MISCELLANEOUS DEBIT |
| 09/11 | 167,386.65 | BOOK TRANSFER DEBIT |
| 09/15 | 59,416,800.00 | DOMESTIC OUTGOING WIRE |
| 09/15 | 5,055,600.00 | DOMESTIC OUTGOING WIRE |
| 09/15 | 19,168,800.00 | DOMESTIC OUTGOING WIRE |
| 09/15 | 238,489,257.00 | BOOK TRANSFER DEBIT |
| 09/15 | 27,318,823.00 | BOOK TRANSFER DEBIT |
| 09/17 | 3,669,654.36 | DOMESTIC OUTGOING WIRE |
| 09/18 | 797,072.50 | BOOK TRANSFER DEBIT |
| 09/18 | 17,205,753.61 | MISCELLANEOUS DEBIT |
| 09/18 | 398.65 | BOOK TRANSFER DEBIT |
| 09/19 | 5,000.00 | BOOK TRANSFER DEBIT |
| 09/19 | 270,104,885.03 | DOMESTIC OUTGOING WIRE |
| 09/19 | 999,999,999.00 | MISCELLANEOUS DEBIT |
| 09/19 | 999,999,999.00 | MISCELLANEOUS DEBIT |
| 09/19 | 999,999,999.00 | MISCELLANEOUS DEBIT |
| 09/19 | 674,000,003.00 | MISCELLANEOUS DEBIT |
| 09/22 | 9,392,500.00 | DOMESTIC OUTGOING WIRE |
| 09/22 | 2,848,399.06 | DOMESTIC OUTGOING WIRE |
| 09/22 | 49,638,000.00 | DOMESTIC OUTGOING WIRE |
| 09/23 | 145,160.97 | BOOK TRANSFER DEBIT |
| 09/23 | 37,500.00 | BOOK TRANSFER DEBIT |
| 09/23 | 60,000.00 | DOMESTIC OUTGOING WIRE |
| 09/24 | 5,500.00 | BOOK TRANSFER DEBIT |
| 09/25 | 1,681,646.07 | MISCELLANEOUS DEBIT |
| 09/25 | 4,101,278.69 | MISCELLANEOUS DEBIT |
| 09/26 | 2,197.56 | WA ST D.O.R. EX DTC 0000021262 |
| *34 Items* | *$4,893,105,517.68* | |



| Account Activity Summary | | | |
|---|---|---|---|
| Average Collected Balance | $2,551,511,238.78 | Minimum Daily Ending Balance | $4,221,989.49 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 24 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*

### Notice of Change in Terms

Effective October 1, 2008, the address for deposits (other than deposit contributions to a Retirement or Coverdell Education Savings Account) and payments for any Business Overdraft Line of Credit sent by mail is P.O. Box 659588, San Antonio, TX 78265-9588. Use of any other address can result in loss or delayed processing.





P.O. BOX 2395
CHATSWORTH, CA 91313-2395

**This Statement Covers**
From: 09/19/08
Through: 09/30/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

WMI
1301 2ND AVE
SEATTLE WA 98101-2005

Please see the end of statement message regarding important information about changes to your deposit accounts and services.

## Washington Mutual Internal Checking Detail Information

WMI  Account Number: 441-006423-4
Washington Mutual Bank, FA

### Account Summary

| | |
|---|---:|
| **Beginning Balance** | **$0.00** |
| Deposits | +3,674,000,000.00 |
| Electronic & Misc. Deposits | 0.00 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | -6,056,827.50 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | **$3,667,943,172.50** |

### Deposits

| Date | Amount | Description |
|---|---:|---|
| 09/22 | 999,999,999.00 | Opening Deposit (Eff. Date:09/19/08) |
| 09/22 | 674,000,003.00 | Customer Deposit (Eff. Date:09/19/08) |
| 09/22 | 999,999,999.00 | Customer Deposit (Eff. Date:09/19/08) |
| 09/22 | 999,999,999.00 | Customer Deposit (Eff. Date:09/19/08) |
| *4 Items* | *$3,674,000,000.00* | |

### Electronic & Miscellaneous Withdrawals

| Date | Amount | Description |
|---|---:|---|
| 09/24 | 3,000,000.00 | DOMESTIC OUTGOING WIRE |
| 09/25 | 3,056,827.50 | DOMESTIC OUTGOING WIRE |
| *2 Items* | *$6,056,827.50* | |





| Account Activity Summary | | | |
|---|---|---|---|
| Average Collected Balance | $3,670,721,586.25 | Minimum Daily Ending Balance | $3,667,943,172.50 |
| Checks Deposited | 0 | Cash Deposited | $3,674,000,000.00 |
| Number of Deposits | 4 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $100.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*

### Notice of Change in Terms

Effective October 1, 2008, the address for deposits (other than deposit contributions to a Retirement or Coverdell Education Savings Account) and payments for any Business Overdraft Line of Credit sent by mail is P.O. Box 659588, San Antonio, TX 78265-9588. Use of any other address can result in loss or delayed processing.





P.O. BOX 2395
CHATSWORTH, CA 91313-2395

**This Statement Covers**
From: 10/01/08
Through: 10/31/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

WASHINGTON MUTUAL INC
ATTN: TREASURY ACCTG/LULU ST JOHN
1301 2ND AVE # WMC1411
SEATTLE WA 98101-2005

# Washington Mutual Internal Checking Detail Information

WASHINGTON MUTUAL INC  Account Number: 179-165066-7
Washington Mutual Bank, FA

## Account Summary

| | |
|---|---:|
| Beginning Balance | $264,068,186.05 |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | +2,277,938.51 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | 0.00 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | **$266,346,124.56** |

## Electronic & Miscellaneous Deposits

| Date | Amount | Description | Card Number |
|---|---:|---|---|
| 10/02 | 2,114.58 | WIRE TRANSFER DEPOSIT | |
| 10/06 | 1,529,366.86 | WIRE TRANSFER DEPOSIT | |
| 10/08 | 158,165.00 | WIRE TRANSFER DEPOSIT | |
| 10/10 | 3,375.34 | WIRE TRANSFER DEPOSIT | |
| 10/15 | 101.42 | WIRE TRANSFER DEPOSIT | |
| 10/15 | 576,481.98 | WIRE TRANSFER DEPOSIT | |
| 10/28 | 8,333.33 | BOOK TRANSFER CREDIT | |
| **7 Items** | **$2,277,938.51** | | |

## Account Activity Summary

| | | | |
|---|---:|---|---:|
| Average Collected Balance | $265,795,039.09 | Minimum Daily Ending Balance | $264,068,186.05 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 7 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $1,000.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*

0 EM-S-B3    Page 1 of 1    Deposits are FDIC Insured  


P.O. BOX 2395
CHATSWORTH, CA 91313-2395

**This Statement Covers**
From: 10/01/08
Through: 10/31/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

WMI
1301 2ND AVE
SEATTLE WA 98101-2005

## Washington Mutual Internal Checking Detail Information

WMI   Account Number: 441-006423-4
Washington Mutual Bank, FA

### Account Summary

| | |
|---|---:|
| **Beginning Balance** | **$3,667,943,172.50** |
| Deposits | 0.00 |
| Electronic & Misc. Deposits | 0.00 |
| Card Purchases/ATM Withdrawals | 0.00 |
| Electronic & Misc. Withdrawals | 0.00 |
| Checks Paid | 0.00 |
| Service Fees | 0.00 |
| **Ending Balance** | **$3,667,943,172.50** |

### Account Activity Summary

| | | | |
|---|---:|---|---:|
| Average Collected Balance | $3,667,943,172.50 | Minimum Daily Ending Balance | $3,667,943,172.50 |
| Checks Deposited | 0 | Cash Deposited | $0.00 |
| Number of Deposits | 0 | Cash Purchased | $0.00 |
| Checks/Debits | 0 | | |

Your Overdraft Limit as of the statement end date: $100.00
*Please note that this may be changed at any time without notice. (View back of statement for more information.)*
