# EXHIBIT J

# ACCOUNT SECURITY AGREEMENT

**THIS ACCOUNT SECURITY AGREEMENT** ("Agreement") is made as of May 31, 2002, by and between Washington Mutual, Inc., a Washington corporation ("Debtor"), for the benefit of WASHINGTON MUTUAL BANK, FA a federal savings association ("Secured Party").

## RECITALS

Debtor is an affiliate of Secured Party. From time to time Secured Party may pay certain expenses and obligations incurred by one or more other affiliates of Debtor (other than Long Beach Mortgage Company, which has entered into a separate account security agreement with Secured Party) (each, an "Affiliate") for which such Affiliate will be obligated to repay Secured Party together with such interest thereon and charges incidental thereto, if any, as such Affiliate and Secured Party may agree from time to time. All such expenses, obligations, interest and charges for which such Affiliate is obligated to pay or repay Secured Party are referred to, collectively, as the "Inter-Company Obligations."

Debtor maintains a deposit account numbered 177-8911206 with Secured Party. Such account, however titled or maintained is referred to as the "Deposit Account." All funds from time to time on deposit in the Deposit Account are referred to, collectively, as the "Deposit Funds."

Secured Party is required by law to hold certain collateral for the Inter-Company Obligations.

**NOW, THEREFORE,** in consideration of the above and the mutual promises contained in this Agreement, the receipt and sufficiency of which are acknowledged, Debtor and Secured Party agree as follows:

## AGREEMENT

1. **Grant of Security Interest, Etc.** Debtor hereby assigns, transfers and pledges to Secured Party, and grants Secured Party a security interest in and lien upon, the Deposit Account and the Deposit Funds (collectively, the "Collateral") as security for all of the Inter-Company Obligations and for all obligations of Affiliates of Debtor to Secured Party under the terms of this Agreement. All obligations secured by this Agreement are referred to, collectively, as the "Secured Obligations."

2. **Default and Remedies.** It shall be an "Event of Default" under this Agreement if an Affiliate of Debtor at any time defaults in its obligation to timely pay or repay any of the Secured Obligations or fails to perform any obligation under the terms of this Agreement or if Debtor or such Affiliate becomes the subject of any bankruptcy, receivership or other insolvency proceeding. After the occurrence and during the continuance of an Event of Default, Secured Party in its sole and absolute discretion, may (i) apply the Collateral or any portion thereof to payment of the Secured Obligations; (ii) apply the Collateral or any portion thereof to reimburse Secured Party for any losses or expenses (including, without limitation, legal fees) suffered or incurred by Secured Party as a result of such Event of Default, and (iii) apply the Collateral or

any portion thereof in connection with exercising and exercise all rights and remedies available to Secured Party at law or in equity or under this Agreement.

3. **Remedies Cumulative**. None of the rights and remedies conferred upon or reserved to Secured Party under this Agreement are intended to be exclusive of any other rights or remedies, and each and every such right shall be cumulative and concurrent, and may be enforced separately, successively, or together, and may be exercised from time to time as often as may be deemed necessary by Secured Party.

4. **Successors and Assigns Bound**. This Agreement shall be binding upon Debtor and its successors and assigns, and shall inure to the benefit of, and may be enforced by Secured Party and its successors, transferees, and assigns.

5. **Amendment and Waiver**. No amendment to this Agreement will be valid unless it is made in writing and executed by the parties to this Agreement. No specific waiver or forbearance for any breach of any of the terms of this Agreement shall be considered as a general waiver of that or any other term of this Agreement.

6. **Entire Agreement**. This Agreement contains the complete and entire understanding of the parties and no changes shall be recognized as valid unless they are made in writing and signed by both Debtor and Secured Party.

7. **Severability**. The invalidity, illegality, or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of any other provision of this Agreement, all of which shall remain in full force and effect.

8. **Applicable Law**. This Agreement shall be governed by and construed in accordance with the laws of the state of Washington.

IN WITNESS WHEREOF, the undersigned has executed this Agreement as of the day and year first above written.

**DEBTOR:**

Washington Mutual, Inc.

By: _____
Name: _____RICHARD D LODGE_____
Title: _____SENIOR VICE PRESIDENT & TREASURER_____

2

```
        NSCPRDN        ACPR 0 CIS ACCOUNT/PRODUCT PROFILE    08/10/06 16.53.58
ACPR     CO    2 OP                MS 64000 ACTION SUCCESSFUL
ACTION: INQ    (INQ NXT NXTCUS NXTACR NXTRMK ACDT ACDE)
COID      2 PRD DDA ACCT 0177-0000891120-6     SSN/TID 91-1653725  NO 1 LINE 1
T WASHINGTON MUTUAL INC                        BALANCE         52,600,201.01
T FBO WASHINGTON MUTUAL BANK FA                   SUB-PRD U5 ST 99  CURR
A WASHINGTON MUTUAL                               COST CTR      9909 BRN   9909
A ROWENA LITTLE                                   OPENED    1020530 OFF1
A 1301 2ND AVE # WMC1411                          CLOSED            OFF2
C SEATTLE WA 98101-2005                           LST MNT   1080331 EMP?    N
                                        CNTRY                      SENS  0
                                                                   LANG
ACTN: CUPR CUID           R E L A T E D   C U S T O M E R S    NEXT:     1
SEQ- COID CUSTOMER------------------------------- TIE-- REL----- APSP OWNER  %
0001    2 *WASHINGTON MUTUAL INC                     10 N-I OWNE NNN  100.0000

                          R E L A T E D   A C C O U N T S      NEXT:     1
SEQ- COID- PRD ACCOUNT----------------                   REL----- APSP OWNER  %


                          R E M A R K S                        NEXT:     1
      TYPE      EFF       EXP
      TYPE      EFF       EXP
PF: 1-HELP 2-CONT 3-PLVL 4-DECR 5-INCR 7-END
```