# EXHIBIT K

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE

NEW YORK, NY 10153

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

BRIAN S. ROSEN
DIRECT LINE (212) 310-8602
E-MAIL: brian.rosen@weil.com

November 7, 2008

**BY E:MAIL**

Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, California 90067

Re:  **Liquidation of BOLI/COLI Assets**

Dear Hydee:

It has come to the attention of Washington Mutual, Inc. ("WMI") that JP Morgan Chase Bank, N.A. ("JPM") is monetizing or taking control of certain Bank-Owned Life Insurance policies and Company-Owned Life Insurance policies (collectively, the "BOLI/COLI Policies") that may or may not have belonged to Washington Mutual Bank ("WMB") prior to September 25, 2008. As you may know, WMI representatives have been requesting copies of the BOLI/COLI Policies (and related information) for weeks in an effort to ascertain the respective ownership of the BOLI/COLI Policies and the extent to which WMI or WMB maintains rights with respect thereto. To date, all requests have been denied.

WMI HEREBY (I) RENEWS ITS REQUEST TO OBTAIN THE BOLI/COLI POLICIES AND (II) DEMANDS THAT JPM IMMEDIATELY CEASE AND DESIST FROM LIQUIDATING THE BOLI/COLI POLICIES UNTIL SUCH TIME THAT WMI HAS PERFORMED A REVIEW OF THE BOLI/COLI POLICIES AND OWNERSHIP OF THE BOLI/COLI POLICIES CAN BE APPROPRIATELY DETERMINED.

Please contact me at your earliest convenience. It is my hope that we can agree to a consensual resolution of this issue.

Very truly yours,

Brian S. Rosen

CC: Thomas Califano, Esq.
Fred Hodara, Esq.
Marcia Goldstein, Esq.
Michael Walsh, Esq.
Bill Kosturos
John Goulding
John Maciel