# EXHIBIT L

| Carrier | List Bills |
| --- | --- |
| Kemper Investors Life | KI9035-S01W, KI9036-S01W |
| Met Life | 191511-G, 191514-G |
| Hartford | VG153 |
| Sun Life | G171, G172, G180, G187, G188 |
| Minnesota Life | 55010 |
| Pacific Life | Z04701, 7776, 7777, 1A22E76B, |