# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | : Case No. 08-12229 (MFW) |
| Debtors. | : Jointly Administered |
| | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : Adversary Proceeding No. _____ |
| *Plaintiff,* | |
| v. | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | |
| *Defendants for all claims,* | |
| - and- | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| *Additional Defendant for Interpleader claim.* | |

## RULE 7007.1 STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the judges of this court to evaluate possible disqualification or recusal, the undersigned attorney of

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

record for JPMorgan Chase Bank, National Association, certifies that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

JPMorgan Chase & Co.

Dated: March 24, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407
Matthew B. McGuire (No. 4366)
919 Market Street Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

– and –

Bruce E. Clark
Robert A. Sacks
David H. Braff
Hydee R. Feldstein
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for JP Morgan Chase Bank, National Association*