IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>WASHINGTON MUTUAL, INC., et al.<br><br>        Debtors[1] | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |
| JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION<br><br>        Plaintiff,<br><br>    - against -<br><br>WASHINGTON MUTUAL, INC.<br>AND WMI INVESTMENT CORP.<br><br>        Defendants for all claims,<br><br>    - and -<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION,<br><br>        Additional<br>        Defendant for<br>        Interpleader claim. | Adv. Pro. No. 09-50551 (MFW) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010(b) and Section 1109(b) of the

Bankruptcy Code, the counsel listed below enter their appearances as counsel to the Federal

---

[1] The Debtors in these Chapter 11 cases and the last four digits each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

Deposit Insurance Corporation, in its capacity as receiver of Washington Mutual Bank ("FDIC-Receiver") in this adversary proceeding and request that all notices given or required to be given, and all papers served in these cases, be delivered to and served upon the undersigned at their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in these cases.

All motions, pleadings, notices, applications and other papers should be served upon:

| | |
|---|---|
| Thomas R. Califano, Esq<br>John J. Clarke, Jr., Esq.<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>E-mail: thomas.califano@dlapiper.com<br>E-Mail: john.clarke@dlapiper.com | M. Blake Cleary, Esq.<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR, LLP<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-Mail: mbcleary@ycst.com |

Dated: May 1, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street
Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

– and –

DLA PIPER LLP (US)
Thomas R. Califano (Admitted *pro hac vice*)
John J. Clarke, Jr. (Admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Counsel to Defendant FDIC-Receiver*