IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Washington Mutual, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br>(Jointly Administered) |
| JPMorgan Chase Bank, National Association,<br><br>Plaintiff,<br><br>v.<br><br>Washington Mutual, Inc. and WMI Investment Corp.,<br><br>Defendants for all Claims,<br><br>-and-<br><br>Federal Deposit Insurance Corporation,<br><br>Additional Defendant for Interpleader claim. | Adv. Pro. No. 09-50551 |

**MOTION OF THE AD HOC AND TRUST COMMITTEES
TO INTERVENE IN ADVERSARY PROCEEDING
PURSUANT TO 11 U.S.C. § 1109(a) AND FED.R.BANKR.P. 7024**

Pursuant to 11 U.S.C. § 1109(a) and Fed. R. Bankr. P. 7024, by its undersigned counsel, the Ad Hoc Committee of Dime Savings Umbrella Trust Beneficiaries (the "Ad Hoc Committee") and the committee (the "Trust Committee") created under each of the following Trust Agreements: (i) the Amended and Restated Umbrella Trust Agreement among Washington Mutual, Inc., as successor to Dime Bancorp., Inc., and Washington Mutual Bank as successor to The Dime Savings Bank of New York, FSB, and Union Bank of California, as Trustee with respect to the Designated Arrangements of The Dime

US_ACTIVE-101543234.2

Savings Bank of New York, FSB and Related Entities, as amended; (ii) the Amended and Restated Umbrella Trust Agreement among Washington Mutual, Inc., as successor to Dime Bancorp., Inc., and Washington Mutual Bank as successor to The Dime Savings Bank of New York, FSB, and Union Bank of California, as Trustee with respect to the Covered Arrangements for Outside Directors of The Dime Savings Bank of New York, FSB and Related Entities, as amended; (iii) the Amended and Restated Umbrella Trust Agreement among Washington Mutual, Inc., as successor to Dime Bancorp., Inc., and Washington Mutual Bank as successor to The Dime Savings Bank of New York, FSB, and Union Bank of California, as Trustee with respect to the Covered Arrangements of The Dime Savings Bank of New York, FSB and Related Entities, as amended; and (iv) the Amended and Restated Benefit Protection Trust Agreement among Washington Mutual, Inc., as successor to Dime Bancorp., Inc., and Washington Mutual Bank as successor to The Dime Savings Bank of New York, FSB, and Union Bank of California, as Trustee, as amended (collectively, the "Dime Rabbi Trust Agreements"), in the above-captioned bankruptcy proceedings, move this Court for an Order authorizing the Ad Hoc Committee and the Trust Committee to intervene as a plaintiff in the above-captioned adversary proceeding. The basis for this relief is set forth in the Brief in Support of the Motion of the Trust Committee and the Ad Hoc Committee to Intervene in Adversary Proceeding Pursuant to 11 U.S.C. § 1109(a) and Fed.R.Bankr.P. 7024, which was filed contemporaneously with this Motion.

Dated: May 19, 2009  
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Mark W. Eckard
    Kurt F. Gwynne (No. 3951)
    Mark W. Eckard (No. 4542)
    REED SMITH LLP
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: kgwynne@reedsmith.com
           meckard@reedsmith.com

and

J. Andrew Rahl
James M. Andriola
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: arahl@reedsmith.com
       jandriola@reedsmith.com

Counsel to the Trust Committee and the Ad Hoc Committee