# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | : | Case No. 08-12229 (MFW) |
| Debtors. | : | Jointly Administered |
| | | |
| JPMORGAN CHASE BANK, N.A., | : | |
| Plaintiff, | : | Adv. Proc. No. 09-50551 (MFW) |
| v. | : | |
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., | : | |
| Defendants, | : | |
| - and - | | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | : | |
| Additional Defendant. | : | |

## MOTION OF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER, TO STAY ADVERSARY PROCEEDING

The Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver"), hereby moves (the "Motion") for an immediate stay of the above-captioned adversary proceeding pending entry of judgment in an earlier filed action pending in the United States District Court for the District of Columbia involving the same or substantially similar issues, *Washington Mutual, Inc. v. F.D.I.C.*, No. 1:09-cv-0533 (RMC) (D.D.C.).

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

The grounds for this Motion are set forth in detail in the *Memorandum of Law in Support of the Motion of the Federal Deposit Insurance Corporation, as Receiver, to Stay Adversary Proceedings*, filed concurrently herewith. In addition, the following exhibits to this Motion are submitted in support thereof:

- Attached hereto as Exhibit 1 is a true and correct copy of the Debtors' district court complaint in *Washington Mutual, Inc. v. F.D.I.C.*, No. 1:09-cv-0533 (RMC) (D.D.C.);

- Attached hereto as Exhibit 2 is a true and correct copy of the adversary complaint in *JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc., et al.*, Adv. Proc. No. 09-50551 (MFW);

- Attached hereto as Exhibit 3 is a true and correct copy of the adversary complaint in *Washington Mutual, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Proc. No. 09-50934 (MFW);

- Attached hereto as Exhibit 4 is a true and correct copy of a proof of claim filed by Washington Mutual, Inc. with the FDIC-Receiver on or around December 30, 2008.

WHEREFORE, the FDIC-Receiver request entry of an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the relief sought herein and such other and further relief as is just.

Date: Wilmington, Delaware
June 1, 2009

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ M. Blake Cleary
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

- and -

Thomas R. Califano
John J. Clarke, Jr
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Attorneys for the FDIC-Receiver