IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | Case No. 08-12229 (MFW) |
| Debtors. | Jointly Administered |
| JPMORGAN CHASE BANK, N.A., | |
| Plaintiff, | Adv. Proc. No. 09-50551 (MFW) |
| v. | |
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., | |
| Defendants, - and - | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Additional Defendant. | |

**MOTION TO DISMISS INTERPLEADER CLAIM ASSERTED AGAINST
THE FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER AND IN ITS CORPORATE CAPACITY**

Defendants the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bank (the "FDIC-Receiver") and the Federal Deposit Insurance Corporation in its corporate capacity ("FDIC-Corporate") respectfully submit this joint motion to dismiss the single claim asserted against them in the complaint in this adversary proceeding (the "Complaint"), for

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

interpleader, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), as incorporated by Bankruptcy Rule 7012.

The FDIC-Receiver and FDIC-Corporate file this motion to dismiss in the alternative to the FDIC-Receiver's pending motion to stay all proceedings in this adversary proceeding and in *Washington Mutual, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Proc. No. 09-50934, until entry of judgment in the Debtors' district court action against the FDIC-Receiver and FDIC-Corporate styled *Washington Mutual, Inc. v. F.D.I.C.*, No. 1:09-cv-0533 (RMC) (D.D.C.). The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, the FDIC-Receiver and FDIC-Corporate request entry of an order, substantially in the form attached hereto as Exhibit A, granting the relief sought herein and such other and further relief as is just.

Date: Wilmington, Delaware
June 15, 2009

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jaime N. Luton*
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

- and -

Thomas R. Califano
John J. Clarke, Jr
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Attorneys for the FDIC-Receiver

FEDERAL DEPOSIT INSURANCE
CORPORATION


/s/ D. Ashley Doherty
Dorothy Ashley Doherty
3503 N. Fairfax Drive
VS-D7022
Arlington, Virginia 22226-3500
Telephone: (703) 562-2377
Facsimile: (703) 562-2477

Attorneys for FDIC-Corporate

# EXHIBIT A
## (Proposed Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[2] | : | Case No. 08-12229 (MFW) |
| Debtors. | : | Jointly Administered |

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., | : | |
| Plaintiff, | : | Adv. Proc. No. 09-50551 (MFW) |
| v. | : | |
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., | : | |
| Defendants, - and - | : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | : | |
| Additional Defendant. | : | |

**ORDER APPROVING MOTION TO DISMISS INTERPLEADER
CLAIM ASSERTED AGAINST THE FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER AND IN ITS CORPORATE CAPACITY**

Upon consideration of the *Motion to Dismiss Interpleader Claim Asserted Against the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bank* (the "FDIC-Receiver") and in its corporate capacity ("FDIC-Corporate"),

---

[2] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The complaint in this adversary proceeding is dismissed as to the FDIC-Receiver and FDIC-Corporate.

Dated: Wilmington, Delaware
_____, 2009

                                                _____
Mary F. Walrath
United States Bankruptcy Judge