# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | : Case No. 08-12229 (MFW) |
| Debtors. | : Jointly Administered |
| | |
| JPMORGAN CHASE BANK, N.A., | : |
| Plaintiff, | : Adv. Proc. No. 09-50551 (MFW) |
| v. | : |
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., | : |
| Defendants, | : |
| - and - | : |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | : |
| Additional Defendant. | : |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010(e)(i), and Section 1109(b) of the Bankruptcy Code, the counsel listed below enters her appearance as counsel to the Federal Deposit Insurance Corporation acting in its corporate capacity in this adversary proceeding and request that all notices given or required to be given, and all papers

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

served in these cases, be delivered to and served upon the undersigned at her office at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in these cases.

All motions, pleadings, notices, applications and other papers should be served upon:

> D. Ashley Doherty
> FEDERAL DEPOSIT INSURANCE CORPORATION
> 3501 Fairfax Drive, VS-D7022
> Arlington, VA 22226
> Telephone: 703-562-2377
> Facsimile: 703-562-2477
> E-mail: adoherty@fdic.gov

> Respectfully submitted,
>
> FEDERAL DEPOSIT INSURANCE CORPORATION
>
> CHARLES L. COPE II
> Senior Counsel
>
> Dorothy Ashley Doherty
> 3503 N. Fairfax Drive
> VS-D7022
> Arlington, Virginia 22226-3500
> Telephone: (703) 562-2377
> Facsimile: (703) 562-247
> Attorneys for FDIC-Corporate

June 15, 2009

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served, via U.S. Mail, first-class postage pre-paid, on counsel for the parties, as follows:

**Adam G. Landis**
**Matthew B. McGuire**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800 Wilmington, DC 19801
Attorneys for Plaintiff / Counter-Defendant JPMorgan Chase Bank, NA

**Bruce E. Clark**
**David H. Braff**
Stacey R. Friedman
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorneys for Plaintiff / Counter-Defendant JPMorgan Chase Bank, NA

**Chun I. Jang**
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899
Attorneys for Defendant / Counter-Claimant Washington Mutual, Inc.

**Neil Raymond Lapinski**
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19899
Attorneys for Defendant Washington Mutual, Inc.

**Jaime Luton**
**M. Blake Cleary**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
Attorneys for Additional Defendant FDIC-R

**Thomas R. Califano**
**John J. Clarke, Jr.**
DLA Piper LLP (US)

1251 Avenue of the Americas
New York, NY 10020
Attorneys for Additional Defendant FDIC-R

**David B. Stratton**
**Evelyn J. Meltzer**
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Attorneys for Official Committee of Unsecured Creditors

_____
D. Ashley Doherty

June 15, 2009