## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., et al. | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | ) | Adv. Pro. No. 09-50551 (MFW) |
| Plaintiff | ) | |
| - against - | ) | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP. | ) | |
| Defendants for all claims, | ) | |
| - and - | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) | |
| Additional Defendant for Interpleader claim | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Dennis A. Mason, Sr., being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Federal Deposit Insurance Corporation in the within captioned matter, and on June 22, 2009, he caused a copy of the following pleading(s):

**Reply Memorandum of the FDIC-Receiver in Support of Its Motion to Stay Adversary Proceedings**
**[Docket No. 45]**

to be served, in the manner indicated, upon the parties on the service list attached hereto.

_____
Dennis A. Mason, Sr.

SWORN TO AND SUBSCRIBED before me this 26th day of June, 2009.

_____
Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 31, 2011

# SERVICE LIST

Kurt F. Gwynne, Esq.
Mark W. Eckard, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(Counsel for the Trust Committee and the Ad Hoc Committee)
*Hand Delivery*

Merrilee A. MacLean, Esq.
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101
(Counsel for Harold Johnson and Gerald Pittenger)
*First Class Mail*

Laurence Z. Shiekman, Esquire
Elizabeth S. Campbell, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, Pa 19103
(Counsel for Official Committee of Unsecured Creditors of Washington Mutual, Inc.)
*First Class Mail*

Rafael X. Zahralddin-Aravena, Esq.
Neil R. Lapinski, Esq.
Elliott Greenleaf
1105 North Market Street, 17th Floor
Wilmington, DE 19801
(Special Litigation and Conflicts Counsel for Washington Mutual, Inc. and WMI Investment Corp.)
*Hand Delivery*

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(Counsel for JPMorgan Chase Bank, N.A.)
*Hand Delivery*

J. Andrew Rahl, Esq.
James M. Andriola, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
(Counsel for the Trust Committee and the Ad Hoc Committee)
*First Class Mail*

David B. Stratton, Esq.
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19801
(Counsel for Official Committee of Unsecured Creditors of Washington Mutual, Inc.)
*Hand Delivery*

Bruce E. Clark, Esq.
David H. Braff, Esq.
Stacey R Friedman, Esq.
Sullivan & Cromwell LLP
125 Borad Street
New York, NY 10004
(Counsel for JPMorgan Chase Bank, N.A.)
*First Class Mail*

Peter E. Calamari, Esq.
Michael B. Carlinsky, Esq.
Susheel Kirpalani, Esq.
David Elsberg, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010
(Special Litigation and Conflicts Counsel for
Washington Mutual, Inc. and WMI Investment
Corp.)
*First Class Mail*

Mark D. Collins, Esq.
Chun I. Jang, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel for Debtors)
*Hand Delivery*

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Robert A. Sacks, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
1888 Centruy Park East
Los Angeles, CA 90067
(Counsel for JPMorgan Chase Bank, N.A.)
*First Class Mail*

Marcia L. Goldstein, Esquire
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(Counsel for Debtors)
*First Class Mail*