IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
                                       )
In re                                  )   Chapter 11
                                       )
                                       )   Case No. 08-12229 (MFW)
WASHINGTON MUTUAL, INC., et al.        )
                                       )   Jointly Administered
            Debtors[1]                 )
                                       )
                                       )
---------------------------------------)
                                       )
JPMORGAN CHASE BANK,                   )   Adv. Pro. No. 09-50551 (MFW)
NATIONAL ASSOCIATION                   )
                                       )
            Plaintiff                  )
                                       )
       - against -                     )
                                       )
WASHINGTON MUTUAL, INC.                )
AND WMI INVESTMENT CORP.               )
                                       )
            Defendants for all         )
            claims,                    )
                                       )
       - and -                         )
                                       )
FEDERAL DEPOSIT INSURANCE              )
CORPORATION,                           )
                                       )
            Additional                 )
            Defendant for              )
            Interpleader claim         )
---------------------------------------x

---

[1] The Debtors in these Chapter 11 cases and the last four digits each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

## CERTIFICATION OF COUNSEL REGARDING FORM OF ORDER

1. On June 1, 2009, the Federal Deposit Insurance Corporation, as Receiver (the "FDIC-Receiver") filed the *Motion of Federal Deposit Insurance Corporation, as Receiver to Stay Adversary Proceeding* [D.I. 25].

2. The Court heard argument with respect to the Motion at a hearing on June 24, 2009 (the "Hearing"). Following the Hearing counsel for the above referenced debtors and debtors-in-possession (the "Debtors"), counsel for the FDIC-Receiver, and counsel for plaintiff JPMorgan Chase Bank, N.A. ("JPMC"), conferred as to the form of Order with respect to the Motion.

3. Those parties jointly submit as Exhibit A the attached proposed Order denying the Motion, which is in form acceptable to all of those parties.

WHEREFORE, the FDIC-Receiver, the Debtors and JPMC jointly respectfully request that the Court enter the proposed Order, in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
       July 2, 2009

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Of Counsel:

DLA PIPER LLP (US)
Thomas R. Califano
John J. Clarke, Jr.
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

/s/ J. M. Luton

M. Blake Cleary (No. 3614)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6714
Facsimile: (302) 576-3287

Attorneys for Defendant FDIC-Receiver

LANDIS RATH & COBB LLP

Of Counsel:

SULLIVAN & CROMWELL LLP
Robert A. Sacks
Hydee R. Feldstein
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

SULLIVAN & CROMWELL LLP
Bruce E. Clark
Stacey R. Friedman
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Attorneys for JPMorgan Chase Bank,
National Association

WHEREFORE, the FDIC-Receiver, the Debtors and JPMC jointly respectfully request that the Court enter the proposed Order, in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
July 2, 2009

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Of Counsel:

DLA PIPER LLP (US)
Thomas R. Califano
John J. Clarke, Jr.
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

M. Blake Cleary (No. 3614)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6714
Facsimile: (302) 576-3287

Attorneys for Defendant FDIC-Receiver

LANDIS RATH & COBB LLP

Of Counsel:

SULLIVAN & CROMWELL LLP
Robert A. Sacks
Hydee R. Feldstein
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

SULLIVAN & CROMWELL LLP
Bruce E. Clark
Stacey R. Friedman
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Attorneys for JPMorgan Chase Bank,
National Association

Of Counsel:

QUINN EMANUEL URQUHART
 OLIVER & HEDGES LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (No. 4166)
Neil R. Lapinski (No. 3645)
Shelley A. Kinsella (No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399

Special Litigation and Conflicts Counsel
for the Debtors and Debtors-in-Possession