IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> WASHINGTON MUTUAL, INC., <u>et al.</u>,[1] <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 08-12229 (MFW) <br> : <br> : Jointly Administered |
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., <br><br> Defendants, <br><br> - and - <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Additional Defendant. | : <br> : <br> : <br> : Adversary Proceeding No. 09-50551 <br> : (MFW) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :: |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendant Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver"), appeals under 28 U.S.C. § 158(a) from the Order Denying Motion of Federal Deposit Insurance Corporation, as Receiver, to Stay Adversary Proceeding, as entered by the Bankruptcy Court in this adversary proceeding on July 6, 2009 [D. I. 68].

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

DB02:8415369.2                                                                                              067816.1001

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

JPMorgan Chase Bank, N.A., Plaintiff and Counterclaim-Defendant

Adam G. Landis
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Tel.: (302) 467-4400
Fax: (302) 467-4450

Bruce E. Clark
Stacey R. Friedman
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588

Robert A. Sacks
Hydee R. Feldstein
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Official Committee of Unsecured Creditors, Proposed Intervenor Defendant

David B. Stratton
Evelyn J. Meltzer
John H. Schanne II
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel.: (302) 777-6500
Fax: (302) 421-8390

Washington Mutual, Inc. and WMI Investment Corp., Debtors and Debtors in Possession, Defendants and Counterclaim-Plaintiffs

Rafael X. Zahralddin-Aravena
Neil Raymond Lipinski
Shelley A. Kinsella
Elliot Greenleaf
P.O. Box 2327
Wilmington, Delaware 19899
Tel.: (302) 384-9400
Fax: (302) 384-9399

Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

Mark D. Collins
Chun I. Jang
Lee E. Kaufman
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701

Marcia L. Goldstein
Brian S. Rosen
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

Federal Deposit Insurance Corporation,
in its Corporate Capacity, Defendant
Ashley Doherty
Federal Deposit Insurance Corporation
3501 Fairfax Drive
VS-D7022
Arlington, Virginia 22226
Tel: (703) 562-2377
Fax: (703) 562-2477

Federal Deposit Insurance Corporation, as
Receiver for Washington Mutual Bank, Defendant
Robert S. Brady
M. Blake Cleary
Jaime Luton
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253

Thomas R. Califano
John J. Clarke, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 335-4501

In addition, the following have filed a motion to intervene or an opposition related to this adversary proceeding and the names, addresses and telephone numbers of their respective attorneys are as follows:

The Trust Committee and the
Ad Hoc Committee
Kurt F. Gwynne
Mark W. Eckard
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Tel: (302) 778-7500
Fax: (302) 778-7575

Washington Mutual, Inc. Noteholders Group
Jeffrey M. Schlerf
Eric M. Sutty
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Tel: (302) 654-7444
Fax: (302) 656-8920

J. Andrew Rahl
James M. Andriola
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

David S. Rosner
Adam L. Shiff
Paul M. O'Connor, III
Seth A. Moskowitz
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 10, 2009 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ M. Blake Cleary<br>Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>Jaime N. Luton (No. 4936)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>mbcleary@ycst.com<br>jluton@ycst.com<br><br>- and -<br><br>Thomas R. Califano<br>John J. Clarke, Jr<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br><br>Attorneys for the FDIC-Receiver |