IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> WASHINGTON MUTUAL, INC., et al.,[1] <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 08-12229 (MFW) <br> : <br> : Jointly Administered |
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br> v. <br> WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., <br><br> Defendants, <br><br> - and - <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Additional Defendant. | : <br> : <br> : <br> : Adversary Proceeding No. 09-50551 <br> : (MFW) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**STATEMENT PURSUANT TO BANKRUPTCY RULE 8006 OF
FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER,
OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD**

(Caption continued on next page)

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

| | : | |
|---|---|---|
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : : : | |
| Plaintiffs, | : : | Adv. Pro. No. 09-50934 (MFW) |
| v. | : : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : : : | |
| Defendant. | : : : | |

## STATEMENT PURSUANT TO BANKRUPTCY RULE 8006 OF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER, OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, defendant and intervenor-defendant the Federal Deposit Insurance Corporation, in its capacity as receiver for Washington Mutual Bank (the "<u>FDIC-Receiver</u>"), respectfully submits (i) a statement of the issues to be presented on its appeal from the Orders of the United States Bankruptcy Court for the District of Delaware (Walrath, J.), entered on July 6, 2009 (the "<u>Orders</u>"), and (ii) a designation of the items to be included in the record on appeal.

### STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1.  Did the Bankruptcy Court commit legal error when it held that the jurisdictional bar set forth in 12 U.S.C. § 1821(d)(13)(D) did not deprive that court of subject matter jurisdiction over two adversary proceedings in which the parties, on the face of the pleadings, seek determinations of rights with respect to assets of a failed bank and assert claims relating to acts or omissions of the FDIC as receiver of a failed bank?

2.  Did the Bankruptcy Court abuse its discretion when it declined to stay the two adversary proceedings pending entry of judgment in an earlier filed action brought by the debtors

against the FDIC-Receiver (and the FDIC in its corporate capacity) in the United States District Court for the District of Columbia concerning essentially the same issues?

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Bankruptcy Rule 8006, the FDIC-Receiver designates the listed items for inclusion in the record in its respective appeals in each of these two adversary proceedings. Items listed in section A are designated for inclusion in the record with respect to the FDIC-Receiver's appeal from the Bankruptcy Court's Order entered on July 6, 2009 in the adversary proceeding styled *JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc., et al.*, Adv. Proc. No. 09-50551 (MFW) [D.I. 68]. Items listed in section B are designated for inclusion in the record with respect to the FDIC-Receiver's appeal from the Bankruptcy Court's Order entered on July 6, 2009 in the adversary proceeding styled *Washington Mutual Bank, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Proc. No. 09-50934 (MFW) [D.I. 62]. References to docket entries refer to entries in the docket for the adversary proceeding in which items are being designated.

A.  *JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc.*,
    Adv. Proc. No. 09-50551 (MFW)

1. Docket, *JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc., et al.*, Adv. Proc. No. 09-50551 (MFW) (Bankr. D. Del.).

2. Complaint by JPMorgan Chase Bank, National Association, against Washington Mutual, Inc., WMI Investment Corp., Federal Deposit Insurance Corporation, dated March 24, 2009. [D.I. 1].

3. Answer and Counterclaims by Washington Mutual, Inc. and WMI Investment Corp., dated May 29, 2009. [D.I. 23]

4. Motion of Defendant Federal Deposit Insurance Corporation, as Receiver, to Stay Adversary Proceeding, together with all of the exhibits thereto, dated June 1, 2009 [D.I. 25].

5. Memorandum of Law in Support of the Motion of the Federal Deposit Insurance Corporation, as Receiver, to Stay Adversary Proceedings, dated June 1, 2009. [D.I. 26]

6. Notice of Hearing to Consider Motion of Federal Deposit Insurance Corporation, as Receiver, to Stay Adversary Proceeding, dated June 8, 2009 [D.I. 29]

7. Debtors' Opposition to (I) the Motion of the Federal Deposit Insurance Corporation ("FDIC") to Intervene, (II) the Motion of the FDIC to Stay Adversary Proceedings, and (III) the Motion of JP Morgan Chase Bank, National Association for Stay of Debtors' Adversary Proceeding, dated June 15, 2009. [D.I. 36]

8. Joinder and Brief of the Official Committee of Unsecured Creditors in Opposition to the Motion of the Federal Deposit Insurance Corporation to Stay Adversary Proceeding, dated June 15, 2009 [D.I. 37].

9. Response of Plaintiff JPMorgan Chase Bank, National Association, to Defendant Federal Deposit Insurance Corporation's Motion to Stay Adversary Proceedings, dated June 15, 2009 [D.I. 38].

10. Reply Memorandum of the FDIC-Receiver in Support of Its Motion to Stay Adversary Proceedings and to Intervene, dated June 22, 2009 [D.I. 45]

11. Certification of Counsel Concerning Statements on Record at June 24, 2009, filed by Federal Deposit Insurance Corporation, dated June 29, 2009 [D.I. 58].

12. Transcript of Hearing Before the Honorable Mary F. Walrath, United States Bankruptcy Court Judge, held on June 24, 2009 (entered on docket on June 30, 2009) [D.I. 59].

13. Certification of Counsel Regarding Motion to Stay Adversary Proceeding, with exhibit, dated July 2, 2009 [D.I. 65].

14. Order Denying Motion of Federal Deposit Insurance Corporation, as Receiver, to Stay Adversary Proceeding, entered on July 6, 2009 [D.I. 68].

15. Notice of Appeal, filed by the FDIC-Receiver on July 10, 2009 [D.I. 71].

16. Motion of the Federal Deposition Insurance Corporation, as Receiver, in the Alternative, for Leave to Appeal, with exhibits, dated July 10, 2009 [D.I. 73].

17. Brief in Support of the Motion of the Federal Deposit Insurance Corporation, as Receiver, in the Alternative, for Leave to Appeal, dated July 10, 2009 [D.I. 74].

18. Notice of Appeal of JPMorgan Chase Bank, N.A., dated July 10, 2009 [D.I. 75].

19. Motion of JPMorgan Chase Bank, National Association, in the Alternative, for Leave to Appeal, dated July 10, 2009 [D.I. 77].

20. Brief/Statement in Support of Appeal Under the Collateral Order Doctrine or, in the Alternative, Brief In Support of Its Motion for Leave to Appeal, filed by JPMorgan Chase Bank, N.A., dated July 10, 2009 [D.I. 78].

21. Appendix filed by JPMorgan Chase Bank N.A. [D.I. 79].

B. *Washington Mutual, Inc. v. JPMorgan Chase Bank, N.A.*,
Adv. Proc. No. 09-50934 (MFW)

1. Docket, *Washington Mutual, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Proc. No. 09-50934 (MFW).

2. Complaint for Turnover of Estate Property by Washington Mutual, Inc. and WMI Investment Corp. against JPMorgan Chase Bank, N.A., dated April 27, 2009 [D.I. 1].

3. Motion of plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment, dated May 19, 2009 [D.I. 14].

4. Brief in Support of Motion of Plaintiffs for Summary Judgments [D.I. 15].

5.  Appendix filed by plaintiffs Washington Mutual, Inc. and WMI Investment Corp. in Support of Motion for Summary Judgment [D.I. 16].

6.  Motion of Federal Deposit Insurance Corporation, as Receiver, to Intervene in Adversary Proceeding, together with the exhibits thereto, dated June 1, 2009 [D.I. 29].

7.  Memorandum of Law in Support of the Motion to Intervene of the Federal Deposit Insurance Corporation, as Receiver, dated June 1, 2009, filed in *Washington Mutual, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Proc. No. 09-50934 (MFW) [D.I. 28]

8.  Order granting Motion of FDIC-Receiver to Intervene, entered on July 6, 2009 [D.I. 63].

9.  Motion of Intervenor-Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, to Stay or Dismiss the Adversary Complaint, together with the exhibits thereto [D.I. 29, Exhibit A] [deemed filed by Order granting Motion to Intervene, D.I. 63].

10.  Memorandum of Law in Support of the Motion of the Federal Deposit Insurance Corporation, as Receiver, to Stay Adversary Proceedings, dated June 1, 2009 [D.I. 29, Exhibit A(5)].

11.  Motion of Defendant JPMorgan Chase Bank, National Association for Stay of Debtors' Adversary Proceeding, dated June 1, 2009, together with exhibits thereto [D.I. 31].

12.  Statement by WMI Noteholders Group in Opposition to (A) Motion of Intervenor-Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, to Stay or Dismiss the Adversary Complaint, and (B) the Motion of Defendant JPMorgan Chase Bank, National Association, for Stay of Debtors' Adversary Proceeding, dated June 15, 2009 [D.I. 38].

13. Debtors' Opposition to (I) the Motion of the Federal Deposit Insurance Corporation ("FDIC") to Intervene, (II) the Motion of the FDIC to Stay Adversary Proceedings, and (III) the Motion of JP Morgan Chase Bank, National Association for Stay of Debtors' Adversary Proceeding, dated June 15, 2009 [D.I. 39].

14. Joinder and Brief of the Official Committee of Unsecured Creditors in Opposition to (A) the Motions of the Federal Deposit Insurance Corporation to Intervene in the Turnover Action and to Stay Adversary proceedings; and (B) the Motion of Defendant JPMorgan Chase Bank, National Association, to Stay, dated June 15, 2009 [D.I. 40].

15. Reply Memorandum of the FDIC-Receiver in Support of Its Motion to Stay Adversary Proceedings and to Intervene, dated June 22, 2009 [D.I. 43].

16. Reply Brief of JPMorgan Chase Bank, N.A. in Further Support of Its Motion for Stay of Debtors' Adversary Proceeding, dated June 22, 2009 [D.I. 44].

17. Appendix filed by JPMorgan Chase Bank, N.A. [D.I. 45].

18. Response to Statement of the Washington Mutual, Inc. Noteholders Group in Opposition to (a) the Motion of Intervenor-Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, to Stay or Dismiss the Adversary Complaint, and (b) the Motion for Defendant JPMorgan Chase Bank, N.A., for Stay of Debtors' Adversary Proceeding, dated June 24, 2009 [D.I. 52].

19. Certification of Counsel Concerning Statements on Record at the June 24, 2009 Hearing, filed by Federal Deposit Insurance Corporation [D.I. 57].

20. Transcript of Hearing Before the Honorable Mary F. Walrath, United States Bankruptcy Court Judge, held on June 24, 2009, entered on docket on June 30, 2009 [D.I. 58].

21. Certification of Counsel Regarding Forms of Order, filed by Federal Deposit Insurance Corporation, as Receiver [D.I. 60].

22. Order Denying (A) Motion of JPMorgan Chase Bank, N.A. to Stay and (B) Motion of Intervenor-Defendant Federal Deposit Insurance Corporation, as Receiver, to Stay or Dismiss Adversary Proceeding, entered on July 6, 2009 [D.I. 62].

23. Notice of Appeal, filed by the FDIC-Receiver on July 10, 2009 [D.I. 72].

24. Motion of the Federal Deposition Insurance Corporation, as Receiver, in the Alternative, for Leave to Appeal, dated July 10, 2009 [D.I. 74].

25. Brief in Support of the Motion of the Federal Deposit Insurance Corporation, as Receiver, in the Alternative, for Leave to Appeal, dated July 10, 2009 [D.I. 75].

26. Notice of Appeal, filed by JPMorgan Chase Bank, N.A., dated July 10, 2009 [D.I. 76].

27. Motion of JPMorgan Chase Bank, National Association for Leave to Appeal, dated July 10, 2009 [D.I. 78].

28. Statement in Support of Appeal Under the Collateral Order Doctrine or, in the Alternative, Brief In Support of Motion for Leave to Appeal, filed by JPMorgan Chase Bank, N.A., dated July 10, 2009 [D.I. 79].

Dated: Wilmington, Delaware
July 16, 2009

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Robert S. Brady

Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
rbrady@ycst.com
mbcleary@ycst.com
jluton@ycst.com

- and -

Thomas R. Califano
John J. Clarke, Jr
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
thomas.califano@dlapiper.com
john.clarke@dlapiper.com

Attorneys for the FDIC-Receiver