# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> WASHINGTON MUTUAL, INC., <u>et al.</u>,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> Jointly Administered |
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., <br><br> Defendants, <br><br> - and - <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Additional Defendant. | Adv. Pro. No. 09-50551 (MFW) |

## NOTICE OF WITHDRAWAL OF DOCKET NOS. 34 AND 35

On June 15, 2009, the Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank (the "<u>FDIC-Receiver</u>") and the Federal Deposit Insurance Corporation in it corporate capacity ("<u>FDIC-Corporate</u>") filed the **Motion to Dismiss the Interpleader Claim Asserted Against the Federal Deposit Insurance Corporation as Receiver and in its Corporate Capacity** (the "<u>Motion</u>") [D.I. 34] and **Memorandum of Law in Support of Motion to Dismiss the Interpleader Claim Asserted Against the Federal Deposit Insurance Corporation as Receiver and in its Corporate Capacity** (the "<u>Memorandum of Law</u>") [D.I. 35].

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

On July 22, 2009, JPMorgan Chase Bank, N.A. filed a notice of voluntary dismissal of FDIC-Corporate pursuant to Bankruptcy Rule 7041 [D.I. 99]. As a result, FDIC-Corporate is no longer a party to this adversary proceeding.

On July 22, 2009, the FDIC-Receiver filed and served its Answer [D.I.100].

PLEASE TAKE NOTICE that the FDIC-Receiver hereby withdraws the Motion and the Memorandum of Law.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 24, 2009 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Jaime N. Luton<br>Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>Jaime N. Luton (No. 4936)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>         mbcleary@ycst.com<br>         jluton@ycst.com<br><br>- and -<br><br>Thomas R. Califano<br>John J. Clarke, Jr<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>thomas.califano@dlapiper.com<br>john.clarke@dlapiper.com<br><br>Attorneys for the FDIC-Receiver |