# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> WASHINGTON MUTUAL, INC., et al.,[1] <br> Debtors. | : Chapter 11 <br> : <br> : Case No. 08-12229 (MFW) <br> : <br> : Jointly Administered |
| JPMORGAN CHASE BANK, N.A., <br> Plaintiff, <br> v. <br> WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., <br> Defendants, <br> - and - <br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br> Additional Defendant. | : <br> : <br> : Adversary Proceeding No. 09-50551 (MFW) |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., <br> Plaintiffs, <br> v. <br> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, <br> Defendant. | : <br> : Adv. Pro. No. 09-50934 (MFW) |

## CERTIFICATE OF SERVICE

I, Jaime N. Luton, hereby certify that I am not less than 18 years of age, and that on July 29, 2009, I caused a copy of the **Objection by Defendant Federal Deposit Insurance Corporation, as**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Receiver, to Motion to Intervene By Certain Bondholders of Washington Mutual Bank [Docket No. 108/112] to be served upon the parties identified below in the manner indicated.

_____
Jaime N. Luton (No. 4936)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Rafael X. Zahralddin-Aravena, Esq.
Neil Raymond Lipinski, Esq.
Shelley A. Kinsella, Esq.
Elliot Greenleaf
P.O. Box 2327
Wilmington, Delaware 19899
(Counsel for Washington Mutual, Inc. and WMI Investments Corp.)
*Hand Delivery*

Peter E. Calamari, Esq.
Michael B. Carlinsky, Esq.
Susheel Kirpalani, Esq.
David Elsberg, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, New York 10010
(Counsel for Washington Mutual, Inc. and WMI Investments Corp.)
*First Class Mail*

Robert A. Sacks, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, California 90067
(Counsel for JPMorgan Chase Bank, N.A.)
*First Class Mail*

Mark D. Collins, Esq.
Chun I. Jang, Esq.
Lee E. Kaufman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(Counsel for Debtors and Debtors in Possession)
*Hand Delivery*

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Counsel for Debtors and Debtors in Possession)
*First Class Mail*

David B. Stratton, Esq.
Evelyn J. Meltzer, Esq.
John H. Schanne, II, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
(Counsel for Official Committee of Unsecured Creditors)
*Hand Delivery*

Ashley Doherty, Esq.
Federal Deposit Insurance Corporation
3501 Fairfax Drive
VS-D7022
Arlington, Virginia 22226
(Federal Deposit Insurance Corp. in its Corporate Capacity)
*First Class Mail*

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
(Counsel for JPMorgan Chase Bank, N.A.)
*Hand Delivery*

Bruce E. Clark, Esq.
Stacey R. Friedman, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
(Counsel for JPMorgan Chase Bank, N.A.)
*First Class Mail*

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Merrilee A. MacLean, Esq.
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101
(Counsle for Harold Johnson and Gerald Pittenger)
*First Class Mail*

J. Andrew Rahl, Esq.
James M. Andriola, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
(Counsel for the Trust Committee and the Ad Hoc Committee)
*First Class Mail*

Kurt F. Gwynne, Esq.
Mark W. Eckard, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(Counsel for the Trust Committee and the Ad Hoc Committee)
*Hand Delivery*

Laurence Z. Shiekman, Esquire
Elizabeth S. Campbell, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, Pa 19103
(Counsel for the Committee)
*First Class Mail*

Laura Davis Jones, Esq.
Alan Kornfeld, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
(Counsel for Bank Bondholders)
*Hand Delivery and Electronic Mail*

Philip D. Anker, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(Counsel for Bank Bondholders)
*First Class Mail and Electronic Mail*

Russell J. Bruemmer, Esq.
Gianna Ravenscroft, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
(Counsel for Bank Bondholders)
*First Class Mail and Electronic Mail*