# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | Case No. 08-12229 (MFW) |
| Debtors. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Plaintiff, | Adversary No. 09-50551 (MFW) |
| v. | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | |
| Defendants and Counterclaimants, | |
| and | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Additional Defendant for Interpleader claim. | Re: Docket No. 64 |

## NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' OPPOSTITION TO THE MOTION OF JPMORGAN CHASE BANK, N.A. TO DISMISS DEBTORS' COUNTERCLAIMS

WHEREAS, on May 29, 2009, Defendants Washington Mutual, Inc. and WMI Investment Corp. (the "Debtors") filed Debtors' Answer and Counterclaims in Response to the Complaint of JPMorgan Chase Bank, N.A. (Docket No. 23) in the above-captioned adversary

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).

proceeding.

WHEREAS, on June 18, 2009, Plaintiff JPMorgan Chase Bank, N.A. ("JPMC") filed their Motion to Dismiss Debtors' Counterclaims (Docket No. 41);

WHEREAS, on July 2, 2009, the Debtors filed Debtor's Opposition to the Motion of JPMorgan Chase Bank, N.A. to Dismiss Debtors' Counterclaims (the "Opposition")(Docket No. 64) in which Debtors requested relief, *inter alia*, in the form of sanctions;

NOW THEREFORE, by agreement between the parties, the Debtors are hereby withdrawing their request for sanctions filed on July 2, 2009, in connection with the Debtors' Opposition.

Dated: August 21, 2009  
Wilmington, Delaware

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
*Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp.*