IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> WASHINGTON MUTUAL, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> Jointly Administered |
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., <br><br> Defendants, <br><br> - and - <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Additional Defendant. | Adv. Pro. No. 09-50551 (MFW) |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Defendant. | Adv. Pro. No. 09-50934 (MFW) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

M. Blake Cleary, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Anthony Paul Coles, a partner with the law firm of DLA Piper LLP (US), as co-counsel to the Federal Deposit Insurance Corporation in the above-captioned cases.

M. Blake Cleary (No. 3614)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Anthony Paul Coles
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4920
Facsimile: (212) 884-8520

Motion granted.

BY THE COURT:

Date: August ___, 2009

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE