# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC. et al.,[1] | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 09-50551 (MFW) |
| | ) | |
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., | ) ) | |
| | ) | |
| Defendants for all claims | ) ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) | |
| | ) | |
| Additional Defendant for Interpleader claim. | ) ) | |
| | ) | |
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No. 09-50934 (MFW) |
| | ) | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

---

[1] The Debtors are Washington Mutual, Inc. and WMI Investment Corp.

**ORDER**

**AND NOW**, this 31st day of **AUGUST, 2009**, upon consideration of the Motion for Determination with Respect to Whether Matters are Core or Non-Core filed by JPMorgan Chase Bank, National Association ("JPM") in connection with its Motion For Withdrawal of the Reference of the Adversary Proceedings, and upon consideration of the Debtors' response, the Court makes the following determinations:

With respect to the above captioned adversary proceeding 09-50551 (the "JPM Adversary Action"), it is hereby **DETERMINED** that the claims and counterclaims at issue constitute **CORE MATTERS** under 28 U.S.C. § 157(b)(2)(A), (B), (C), (E), (F), (H) & (O);

With respect to the above captioned adversary proceeding 09-50934 (the "Turnover Action"), it is hereby **DETERMINED** that the claims at issue constitute **CORE MATTERS** under 28 U.S.C. § 157(b)(2)(A), (E) & (O).

BY THE COURT:

_____
Mary F. Walrath
United States Bankruptcy Judge