# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ────────────────────────────x | |
| *In re* | Chapter 11 |
| | Case No. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., et al. | |
| | Jointly Administered |
| Debtors[1] | |
| ────────────────────────────) | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Adv. Pro. No. 09-50551 (MFW) |
| Plaintiff | |
| - against - | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP. | |
| Defendants for all claims, | |
| - and - | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | **Ref. No. 41** |
| Additional Defendant for Interpleader claim | |
| ────────────────────────────x | |

---

[1] The Debtors in these Chapter 11 cases and the last four digits each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0002790.}{

# CERTIFICATION OF COUNSEL REGARDING FORM OF ORDER FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS DEBTORS' COUNTERCLAIMS

1. On June 18, 2009, JPMorgan Chase Bank, National Association ("JPMC") filed the *Motion of JPMorgan Chase Bank, N.A. to Dismiss Debtors' Counterclaims* (the "Motion") [Docket No. 41].

2. The Court heard argument with respect to the Motion at a hearing on August 24, 2009 (the "Hearing"). At the conclusion of the Hearing, the Court directed the parties to submit an agreed upon form of order denying the Motion.

3. On September 9 & 10, 2009, JPMC's counsel circulated a draft of the proposed order with respect to the Motion to the Debtors and Official Committee of Unsecured Creditors (the "Committee").

4. Accordingly, counsel for JPMC respectfully submits as Exhibit A the attached proposed order (the "Proposed Order") denying the Motion, which is in a form acceptable to the Debtors, JPMC and the Committee.

5. Accordingly, JPMC respectfully requests that the Court enter the Proposed Order, in the form attached hereto as Exhibit A, at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
September 11, 2009

**LANDIS RATH & COBB LLP**

_/s/_

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street Suite 1800
Wilmington, DE 19801
Tel: (302) 467-4400
Fax: (302) 467-4450

- and -

Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Tel: (310) 712-6600
Fax: (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax (212) 558-3588

*Attorneys for JPMorgan Chase Bank, National Association*