# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC., et al.[1]<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: x | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |
| JPMORGAN CHASE BANK, N.A.<br><br>Plaintiff<br><br>- against -<br><br>WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br><br>Defendants for all claims,<br><br>- and-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Additional Defendant for Interpleader claim. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: x | Adversary Proceeding No. 09-50551<br><br>**DEBTORS' FIRST REQUEST FOR DOCUMENTS TO JPMORGAN CHASE BANK, N.A.** |

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

# NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 11, 2009, counsel for the Debtors caused a copy of DEBTORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO JPMORGAN CHASE BANK, N.A. to be served on counsel of record as set forth on the Certificate of Service attached hereto as <u>Exhibit 1</u>.

Dated: September 11, 2009
Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: nrl@elliottgreenleaf.com
E-mail: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp*