# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

|  |  |
|---|---|
| *In re* | : Chapter 11 |
| | : |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | : Case No. 08-12229 (MFW) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

------------------------------------------------------- x

|  |  |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : Adversary Proceeding No. 09-50551 (MFW) |
| | : |
| Defendants for all claims, | : |
| | : |
| -and- | : |
| | : |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | : |
| | : |
| Additional Defendant for Interpleader Claim. | : |
| | : |

------------------------------------------------------- x

## <u>JPMORGAN CHASE BANK, N.A.'S NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 158(a)(1), JPMorgan Chase Bank, National Association, by and through its undersigned counsel, hereby appeals pursuant to the collateral order doctrine and, in the alternative, is moving the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 158(a)(3) and Rule 8003 of

---

[1]     Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are:  (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0002989.}

the Federal Rules of Bankruptcy Procedure for leave to appeal, from the September 14, 2009 order of the United States Bankruptcy Court for the District of Delaware denying the Motion of JPMorgan Chase Bank, N.A. to Dismiss Debtors' Counterclaims (D.I. 141).

The names of all parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

***JPMorgan Chase Bank, National Association***

Adam G. Landis
Matthew B. McGuire
Mona A. Parikh
LANDIS RATH & COBB LLP
919 Market Street Suite 1800
Wilmington, Delaware 19899
Telephone:     (302) 467-4400
Facsimile:     (302) 467-4450

Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Washington Mutual, Inc. and WMI Investment Corp.*

Chun I. Jang
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
P.O. Box 551
Wilmington, Delaware 19899
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701

Rafael X. Zahralddin-Aravena
Neil R. Lapinski
Shelley A. Kinsella
ELLIOTT GREENLEAF
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone:     (302) 384-9400
Facsimile:     (302) 384-9399

Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

***Federal Deposit Insurance Corporation (as Receiver)***

Robert S. Brady
M. Blake Cleary
Jaime N. Luton
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:      (302) 655-5000
Facsimile:      (302) 658-6395

Thomas R. Califano
John J. Clarke, Jr.
Anthony Paul Coles
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020
Telephone:      (212) 335-4500
Facsimile:      (212) 335-4501

***Official Committee of Unsecured Creditors of Washington Mutual, Inc. and WMI Investment Corp.***

David B. Stratton
Evelyn J. Meltzer
John Henry Schanne, II
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware  19801
Telephone:      (302) 777-6500
Facsimile:      (302) 421-8390

Laurence Z. Shiekman
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, Pennsylvania  19103
Telephone:      (212) 981-4000
Facsimile:      (215) 981-4750

***Holders of Senior Notes Issued by Washington Mutual Bank ("Bank Bondholders")***

Laura Davis Jones
Alan Kornfeld
Timothy P. Cairns
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Philip D. Anker
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Russell J. Bruemmer
Gianna Ravenscroft
Nancy L. Manzer
Lisa Ewart
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

The following are not parties to the orders appealed from, but they will receive copies of this Notice of Appeal:

*Federal Deposit Insurance Corporation (in Its Corporate Capacity)*

Dorothy Ashley Doherty
3503 North Fairfax Drive
VS-D7022
Arlington, Virginia  22226-3500
Telephone:     (703) 562-2377
Facsimile:      (703) 562-2477

*Ad Hoc Committee of Dime Savings Umbrella Trust Beneficiaries and Trust Committee*

Kurt F. Gwynne
Mark W. Eckard
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, Delaware  19801
Telephone:     (302) 778 7500
Facsimile:      (302) 778-7575

J. Andrew Rahl
James M. Andriola
REED SMITH LLP
599 Lexington Avenue
New York, New York  10022
Telephone:     (212) 521-5400
Facsimile:      (212) 521-5450

*Washington Mutual, Inc. Noteholders Group*

Jeffrey M. Schlerf
Eric M. Sutty
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1600
Wilmington, Delaware  19801
Telephone:     (302) 654-7444
Facsimile:      (302) 656-8920

David S. Rosner
Adam L. Shiff
Paul M. O'Connor III
Seth A. Moskowitz
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York  10019
Telephone:     (212) 506-1700
Facsimile:     (212) 506-1800

Dated: September 18, 2009
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street Suite 1800
Wilmington, Delaware  19801
Telephone:     (302) 467-4400
Facsimile:     (302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Counsel for JPMorgan Chase Bank, N.A.*