# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | CHAPTER 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | Case No. 08-12229 (MFW) |
| *Debtors.* | Jointly Administered |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| *Plaintiff,* | |
| v. | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | Adv. Proc. No. 09-50551 (MFW) |
| *Defendants for all claims,* | |
| -and- | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| *Additional Defendant for Interpleader Claim.* | |

## JPMORGAN CHASE BANK, N.A.'S STATEMENT OF ISSUES PRESENTED AND DESIGNATION OF THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellant JPMorgan Chase Bank, N.A. ("JPMC") hereby states the following issues to be presented to the United States District Court for the District of Delaware with respect to JPMC's Notice

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

of Appeal dated September 18, 2009 and designates the following items for inclusion in the record on appeal.

## STATEMENT OF ISSUES PRESENTED

1. Does FIRREA's jurisdictional bar preclude the Bankruptcy Court from exercising subject matter jurisdiction over claims against a purchaser from the Federal Deposit Insurance Corporation ("FDIC") regarding the scope, validity or avoidability of a sale by and actions of the FDIC as receiver for a failed depository institution under Title 12 of the U.S. Code?

2. Does FIRREA bar Washington Mutual, Inc. and its subsidiary, Washington Mutual Investment Corp., (collectively, "WMI"), who have availed themselves of the FIRREA claims process, whose claims have been disallowed by the FDIC as receiver, and whose appeal of that disallowance is pending before another district court, from collaterally attacking the disallowance of their claims in the Bankruptcy Court against a purchaser from the FDIC?

3. Is the Order void for lack of subject matter jurisdiction for the additional reason that the Delaware District Court's docketing of JPMC's and the FDIC's appeals from the Bankruptcy Court's July 6, 2009 orders divested the Bankruptcy Court of jurisdiction to issue the Order, which implicates aspects of the case involved in a pending appeal?

## DESIGNATION OF THE RECORD

JPMC designates for inclusion in the record on appeal the following items, including any attachments thereto, filed in *JPMorgan Chase Bank, National Association* v. *Washington Mutual, Inc.*, Adv. Pro. No. 09-50551 (MFW):

|   | Title | Date Filed | Docket Item Number |
|---|---|---|---|
| 1. | Official Case Docket as of September 28, 2009 | | |
| 2. | Complaint by JPMorgan Chase Bank, National Association against Washington Mutual, Inc., WMI Investment Corp., Federal Deposit Insurance Corporation | 3/24/2009 | 1 |
| 3. | Motion to Extend Time for Asserting Counterclaims Against JPMorgan Chase Bank, N.A. Filed by WMI Investment Corp., Washington Mutual, Inc. | 5/1/2009 | 10 |
| 4. | Objection and Response to Debtors' Motions for (A) an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004.1 Directing the Examination of JPMorgan Chase, N.A. and (b) an Order Pursuant to 11 U.S.C. Section 105(a) and Federal Rules of Bankruptcy Procedure 7013 and 9006(b) Enlarging the Time for Asserting Counterclaims Against JPMorgan Chase Bank, N.A., Filed by JPMorgan Chase Bank, National Association | 5/13/2009 | 13 |
| 5. | Reply of Debtor to Objection of JPMorgan Chase Bank, N.A. to Debtors' Motion for an Order (A) Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004.1 Directing the Examination of JPMorgan Chase Bank, N.A.; and (B) Pursuant to 11 U.S.C. § 503(a) and Federal Rules of Bankruptcy Procedure 7013 and 9006(b) Enlarging the Time for Asserting Counterclaims Against JPMorgan Chase Bank, N.A. Filed by WMI Investment Corp., Washington Mutual, Inc. | 5/18/2009 | 15 |

| | | | |
|---|---|---|---|
| 6. | Brief in Support of the Motion of the Ad Hoc and Trust Committees for the Dime Savings Bank Umbrella Trust Beneficiaries to Intervene in Adversary Proceeding Pursuant to 11 U.S.C. Section 1109(a) and Fed.R.Bankr.P. 7024 Filed by Ad Hoc Committee, Trust Committee | 5/19/2009 | 18 |
| 7. | Answer to Complaint in Response to the Complaint of JPMorgan Chase Bank, N.A., Counterclaim by WMI Investment Corp., Washington Mutual, Inc. against JPMorgan Chase Bank, National Association | 5/29/2009 | 23 |
| 8. | Motion to Stay Adversary Proceeding Filed by Federal Deposit Insurance Corporation | 6/1/2009 | 25 |
| 9. | Memorandum of Law in Support of Motion to Stay Adversary Proceedings Filed by Federal Deposit Insurance Corporation | 6/1/2009 | 26 |
| 10. | Memorandum of Law in Support of the Motion for Intervention of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., and WMI Investment Corp. | 6/11/2009 | 32 |
| 11. | Debtors' Opposition to (I) the Motion of the FDIC to Intervene, (II) the Motion of the FDIC to Stay Adversary Proceedings, and (III) the Motion of JPMorgan Chase Bank, National Association for Stay of Debtors' Adversary Proceeding | 6/15/2009 | 36 |
| 12. | Joinder and Brief of the Official Committee of Unsecured Creditors in Opposition to the Motion of the Federal Deposit Insurance Corporation to Stay Adversary Proceeding | 6/15/2009 | 37 |
| 13. | Response to Defendant Federal Deposit Insurance Corporation's Motion to Stay Adversary Proceedings Filed by JPMorgan Chase Bank, National Association | 6/15/2009 | 38 |
| 14. | Motion to Dismiss Adversary Proceeding/Motion to Dismiss Debtors' Counterclaims Filed by JPMorgan Chase Bank, National Association | 6/18/2009 | 41 |
| 15. | Opening Brief in Support of Motion to Dismiss Debtors' Counterclaims Filed by JPMorgan Chase Bank, National Association | 6/18/2009 | 42 |

| | | | |
|---|---|---|---|
| 16. | Appendix Filed by JPMorgan Chase Bank, National Association | 6/18/2009 | 43 |
| 17. | Reply Memorandum of the FDIC-Receiver in Support of its Motion to Stay Adversary Proceedings | 6/22/2009 | 45 |
| 18. | Motion to Determine Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference Filed by JPMorgan Chase Bank, National Association | 6/23/2009 | 47 |
| 19. | Exhibit A to Motion to Determine Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference Filed by JPMorgan Chase Bank, National Association | 6/23/2009 | 48 |
| 20. | Motion for Withdrawal of the Reference of the Adversary Proceedings Pursuant to 28 U.S.C. § 157(d) Filed by JPMorgan Chase Bank, National Association | 6/23/2009 | 49 |
| 21. | Memorandum of Law in Support of Motion for Withdrawal of the Reference of the Adversary Proceedings Pursuant to 28 U.S.C. § 157(d) Filed by JPMorgan Chase Bank, National Association | 6/23/2009 | 51 |
| 22. | Appendix Filed by JPMorgan Chase Bank, National Association | 6/23/2009 | 52 |
| 23. | Limited Response to Motion for Intervention of the Official Committee of Unsecured Creditors of Washington Mutual, Inc. and WMI Investment Corp. Filed by JPMorgan Chase Bank, National Association | 6/25/2009 | 54 |
| 24. | Certification of Counsel Concerning Statements on the Record at the June 24, 2009 Hearing Filed by Federal Deposit Insurance Corporation | 6/29/2009 | 58 |
| 25. | Official Final Transcript regarding Hearing Held 6/24/2009 | 6/30/2009 | 59 |
| 26. | Reply to Plaintiff JPMorgan Chase Bank, National Association's Limited Response to Motion for Intervention Filed by Official Committee of Unsecured Creditors | 7/2/2009 | 62 |

| | | | |
|---|---|---|---|
| 27. | Debtors' Opposition to the Motion of JPMorgan Chase Bank, N.A. to Dismiss Debtors' Counterclaims | 7/2/2009 | 64 |
| 28. | Order Denying Motion of Federal Deposit Insurance Corporation, as Receiver, to Stay Adversary Proceeding | 7/6/2009 | 68 |
| 29. | Debtors' Opposition to the Motion of JPMorgan Chase Bank, N.A. for Withdrawal of the Reference to the Adversary Proceedings Pursuant to 28 U.S.C. § 157(d) | 7/8/2009 | 69 |
| 30. | Response of Debtors to the Motion of JPMorgan Chase Bank, N.A. for Determination with Respect to Whether Matters are Core or Non Core | 7/8/2009 | 70 |
| 31. | Notice of Appeal (BAP-09-61) Filed by Federal Deposit Insurance Corporation | 7/10/2009 | 71 |
| 32. | Motion for Leave to Appeal Filed by Federal Deposit Insurance Corporation | 7/10/2009 | 73 |
| 33. | Brief in Support of the Motion for Leave to Appeal Filed by Federal Deposit Insurance Corporation | 7/10/2009 | 74 |
| 34. | Notice of Appeal (BAP-09-63) Filed by JPMorgan Chase Bank, National Association | 7/10/2009 | 75 |
| 35. | Motion for Leave to Appeal Filed by JPMorgan Chase Bank, National Association | 7/10/2009 | 77 |
| 36. | Statement in Support of Appeal Under the Collateral Order Doctrine or, in the Alternative, Brief in Support of its Motion for Leave to Appeal Filed by JPMorgan Chase Bank, National Association | 7/10/2009 | 78 |
| 37. | Appendix Filed by JPMorgan Chase Bank, National Association | 7/10/2009 | 79 |
| 38. | Reply Brief in Support of its Motion to Dismiss Debtors' Counterclaims Filed by JPMorgan Chase Bank, National Association | 7/10/2009 | 80 |
| 39. | Appendix Filed by JPMorgan Chase Bank, National Association | 7/10/2009 | 81 |

| | | | |
|---|---|---|---|
| 40. | Response Of Defendant Federal Deposit Insurance Corporation, As Receiver, In Support Of Motion Of Plaintiff And Counterclaim Defendant JPMorgan Chase Bank, N.A. To Withdraw The Reference | 7/13/2009 | 82 |
| 41. | Memorandum of Law in Further Support of Motion for Withdrawal of the Reference of the Adversary Proceedings Pursuant to 28 U.S.C. Section 157(d) Filed by JPMorgan Chase Bank, National Association | 7/15/2009 | 85 |
| 42. | Appendix Filed by JPMorgan Chase Bank, National Association | 7/15/2009 | 86 |
| 43. | Statement of Issues on Appeal and Designation of Items to be Included in the Record Filed by Federal Deposit Insurance Corporation | 7/16/2009 | 87 |
| 44. | Statement of Issues on Appeal and Designation of the Record on Appeal Filed by JPMorgan Chase Bank, National Association | 7/17/2009 | 90 |
| 45. | Answer to Complaint Filed by Federal Deposit Insurance Corporation | 7/24/2009 | 100 |
| 46. | Order Granting Motion To Intervene of Official Committee of Unsecured Creditors | 7/24/2009 | 103 |
| 47. | Memorandum of Law by the Debtors of Points and Authorities in Opposition to the Motions of JPMorgan Chase Bank, N.A. and the Federal Deposit Insurance Corporation for Leave to Appeal Filed by WMI Investment Corp., Washington Mutual, Inc. | 7/24/2009 | 105 |
| 48. | Statement of Debtors' Designation of Additional Items to be Included in the Record on Appeal | 7/27/2009 | 106 |
| 49. | Letter to the Honorable Gregory M. Sleet Filed by JPMorgan Chase Bank, National Association | 8/11/2009 | 113 |
| 50. | Notice of Transmittal of Motion for Leave to Appeal | 8/13/2009 | 117 |
| 51. | Letter to Honorable Gregory M. Sleet Filed by WMI Investment Corp., Washington Mutual, Inc. | 8/14/2009 | 118 |
| 52. | Corrected Transmittal Sheet for Notice of Appeal, Docket 71 | 8/18/2009 | 122 |

| 53. | Corrected Transmittal Sheet for Notice of Appeal, Docket 75 | 8/18/2009 | 123 |
|---|---|---|---|
| 54. | Notice of Withdrawal (Partial) of Debtors' Opposition to the Motion of JPMorgan Chase Bank, N.A. to Dismiss Debtors' Counterclaims Filed by WMI Investment Corp., Washington Mutual, Inc. | 8/21/2009 | 125 |
| 55. | Transcript of Hearing held on 8/24/2009[2] | 8/24/2009 | 126 |
| 56. | Order Denying Motion to Dismiss Debtors' Counterclaims | 9/14/2009 | 141 |
| 57. | Notice of Divestiture of Jurisdiction Pending Appeals Filed by JPMorgan Chase Bank, National Association | 9/18/2009 | 146 |
| 58. | Response of Debtors to JPMorgan Chase Bank, N.A.'s Notice of Divestiture of Jurisdiction Pending Appeals Filed by WMI Investment Corp., Washington Mutual, Inc. | 9/24/2009 | 151 |
| 59. | Transcript of Hearing held on 9/25/2009[3] | 9/28/2009 | 153 |

Dated: September 28, 2009
      Wilmington, Delaware

Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Tel: (310) 712-6600

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000

Respectfully submitted,

/s/Matthew B. McGuire
Adam G. Landis (I.D. 3407)
Matthew B. McGuire (I.D. 4366)
LANDIS RATH & COBB LLP
919 Market Street Suite 1800
Wilmington, Delaware 19899
Tel: (302) 467-4400

*Counsel for JPMorgan Chase Bank, National Association*

---

[2]     Docket Item 126 is the Minutes of the Hearing. JPMC respectfully requests that the Clerk include the transcript of the August 24, 2009 hearing in the record on appeal.

[3]     Docket Item 153 is the Notice of Filing of Transcript. JPMC respectfully requests that the Clerk include the transcript of the September 25, 2009 hearing in the record on appeal.