UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 09-50551   ○ BK   ● AP

If AP, related BK Case Number: 08-12229

Title of Order Appealed:
Order Denying Motion to Dismiss Debtors' Counterclaims

Docket Number: 141   Date Entered: 9/14/2009

Item Transmitted:   ● Notice of Appeal   ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal   ○ Cross Appeal
Docket Number: 143   Date Filed: _____

*Appellant/Cross Appellant:
JP Morgan Chase Bank, N.A.

*Appellee/Cross Appellee

Counsel for Appellant:
Matthew B. McGuire

919 Market Street Suite 1800

Wilmington, DE 19801

Counsel for Appellee:

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ● Yes   ○ No

Have Additional Appeals to the Same Order been Filed?   ● Yes   ○ No
    If so, has District Court assigned a Civil Action Number?   ○ Yes ○ No   Civil Action # _____

Additional Notes:

10/14/2009   By: M. E. Behornar
Date              Deputy Clerk

For Use By U.S. Bankruptcy Court

Bankruptcy Court Appeal (BAP) Number: BAP-09-72
7/6/06