# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

------------------------------------------------------------- x
:
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., *et al.*,[1] : Case No. 08-12229 (MFW)
*Debtors.* :
: Jointly Administered
:
------------------------------------------------------------- x
:
JPMORGAN CHASE BANK, NATIONAL :
ASSOCIATION, :
:
*Plaintiff*, :
:
v. :
:
WASHINGTON MUTUAL, INC. AND WMI : Adversary Proceeding No. 09-50551
INVESTMENT CORP., : (MFW)
:
*Defendants for all claims*, :
:
-and- :
:
FEDERAL DEPOSIT INSURANCE :
CORPORATION, :
:
*Additional Defendant* :
*for Interpleader Claim.* :
:
------------------------------------------------------------- x

(Caption continued on next page)

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0003576.}

| | |
|---|---|
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | |
| *Plaintiffs and Counterclaim Defendants,* | |
| v. | Adversary Proceeding No. 09-50934 (MFW) |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| *Defendant and Counterclaimant.* | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| *Cross-Claimant,* | |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson, Nevada, | |
| *Cross-Claim Defendant.* | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporates by reference Rule 34 of the Federal Rules of Civil Procedure (the "Federal Rules"), JPMorgan Chase Bank, National Association ("JPMC"), served its **Responses and Objections to Debtors First Request for Production of Documents** on the parties set forth below *via* electronic mail on the 19th day of October, 2009:

(Special Litigation and Conflicts Counsel to Debtors)
Neil R. Lapinski, Esquire
Rafael X. Zahralddin-Aravena, Esquire
Shelley A. Kinsella, Esquire
*Elliott Greenleaf*
Email:　　nl@elliottgreenleaf.com
　　　　　rxza@elliottgreenleaf.com
　　　　　sak@elliottgreenleaf.com

Peter E. Calamari, Esquire
Michael B. Carlinsky, Esquire
Susheel Kirplani, Esquire
David Elsberg, Esquire
*Quinn Emanuel Urquhart Oliver & Hedges LLP*
Email:　　petercalamari@quinnemanuel.com
　　　　　michaelcarlinsky@quinnemanuel.com
　　　　　susheelkirplani@quinnemanuel.com
　　　　　davidelsberg@quinnemanuel.com

Dated: October 22, 2009
　　　　Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ signature_

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:　(302) 467-4400
Facsimile:　(302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:　(310) 712-6600
Facsimile:　(310) 712-8800

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone:　(212) 558-4000
Facsimile:　(212) 558-3588

*Counsel for JPMorgan Chase Bank, National Association*