IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>             Plaintiff,<br>        v.<br><br>WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>             Defendants for all claims,<br><br>-and-<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br>             Intervenor-Defendant for all claims;<br><br>-and-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>             Additional Defendant for Interpleader Claim,<br><br>-and-<br><br>BANK BONDHOLDERS,<br>             Intervenor-Defendant for Interpleader Claim | Adv. Proc. No. 09-50551 (MFW)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>(caption continued on next page) |

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

```
─────────────────────────────────────────── x
WASHINGTON MUTUAL, INC. AND WMI            :
INVESTMENT CORP.,                          :
            Plaintiffs,                    :
                                           :
      and                                  :   Adv. Proc. No. 09-50934 (MFW)
                                           :
THE OFFICIAL COMMITTEE OF UNSECURED        :
CREDITORS OF WASHINGTON MUTUAL, INC. AND   :
WMI INVESTMENT CORP.,                      :
            Intervenor-Plaintiff,          :
                                           :
      v.                                   :
                                           :
JPMORGAN CHASE BANK, NATIONAL              :
ASSOCIATION,                               :
            Defendant,                     :
                                           :
      v.                                   :
                                           :
FEDERAL DEPOSIT INSURANCE CORPORATION,     :
            Intervenor-Defendant           :
                                           :
      and                                  :
                                           :
BANK BONDHOLDERS,                          :
            Intervenor-Defendant.          :
                                           :
───────────────────────────────────────    :
                                           :
JPMORGAN CHASE BANK, NATIONAL              :
ASSOCIATION,                               :
                                           :
            Cross-Claimant,                :
                                           :
      v.                                   :
                                           :
FEDERAL DEPOSIT INSURANCE CORPORATION, as  :
Receiver of Washington Mutual Bank, Henderson, Nevada, :
                                           :
            Cross-Claim Defendant.         :
                                           :
─────────────────────────────────────────── x
```

# CERTIFICATION OF COUNSEL SEEKING ENTRY OF CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

I, Neil R. Lapinski, Delaware special litigation and conflict counsel to Washington Mutual, Inc. and WMI Investment Corp. (collectively, the "Debtors"), hereby certify the following:

1. The Debtors, JPMorgan Chase Bank, N.A., Federal Deposit Insurance Corporation as Receiver, the Official Committee of Unsecured Creditors, WMB Bondholders, and the Office of Thrift Supervision (collectively, the "Parties") in the above-captioned proceedings (the "Actions") have determined that certain documents and information produced or to be produced during discovery in the Actions, as defined in the *Confidentiality Stipulation and Protective Order* attached hereto as Exhibit 1, should be kept confidential in order to protect the legitimate business and privacy interests of the Parties, their customers and other persons, including non-parties to the Actions.

2. On December 11, 2009, the Parties entered into a *Confidentiality Stipulation and Protective Order* (the "Stipulation").

3. The Debtors request that the Court enter the Proposed Order, attached hereto as Exhibit 2, approving the Stipulation at its earliest convenience. Counsel is available at the request of the Court.

Dated: December 11, 2009
Wilmington, Delaware

ELLIOTT GREENLEAF

Neil R. Lapinski (DE Bar No. 3645)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: nrl@elliottgreenleaf.com
*Special Litigation and Conflicts Counsel to Washington Mutual, Inc. and WMI Investment Corp.*