IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | Case No. 08-12229 (MFW) |
| Debtors. | Jointly Administered |
| JPMORGAN CHASE BANK, N.A., | |
| Plaintiff, | Adv. Proc. No. 09-50551 (MFW) |
| v. | |
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP., | |
| Defendants, | |
| - and - | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Additional Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of the **Objections and Responses of the FDIC-Receiver to Debtors' First Request for Production of Documents** was served on counsel listed below, in the manner indicated, on January 11, 2010:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

**By Hand Delivery**
Rafael X. Zahralddin-Aravena, Esq.
Neil R. Lapinski, Esq.
Shelley A. Kinsella, Esq.
Elliott Greenleaf
1105 North Market Street, Suite 17000
Wilmington, DE 19801

**By Federal Express**
Peter E. Calamari, Esq.
Michael B. Carlinsky, Esq.
Susheel Kirpalani, Esq.
David Elsberg, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010

Dated: Wilmington, Delaware
January 11, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jaime N. Luton*

M. Blake Cleary (Bar No. 3614)
Jaime N. Luton (Bar No. 4936)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mbcleary@ycst.com
jluton@ycst.com

-and-

Thomas R. Califano
John J. Clarke, Jr
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Attorneys for Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank

# CERTIFICATE OF SERVICE

I, Jaime N. Luton, hereby certify that I am not less than 18 years of age, and that on January 11, 2010, I caused a copy of the foregoing **Notice of Service** to be served upon the parties identified below in the manner indicated.

                                                   Jaime N. Luton (No. 4936)
                                                   YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                                   The Brandywine Building
                                                   1000 West Street, 17th Floor
                                                   P.O. Box 391
                                                 Wilmington, DE 19899-0391

**By Hand Delivery**
Rafael X. Zahralddin-Aravena, Esq.
Neil R. Lapinski, Esq.
Shelley A. Kinsella, Esq.
Elliott Greenleaf
1105 North Market Street, Suite 17000
Wilmington, DE 19801

**By Federal Express**
Peter E. Calamari, Esq.
Michael B. Carlinsky, Esq.
Susheel Kirpalani, Esq.
David Elsberg, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, NY 10010