UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | CHAPTER 11 |
| WASHINGTON MUTUAL, INC., *et al*[1]., | Case No. 08-12229 (MFW) |
| *Debtors.* | Jointly Administered |
| | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, *Plaintiff,* v. | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., *Defendants for all claims,* | Adv. Proc. No. 09-50551 (MFW) |
| -and- | Ref. Docket No. 1681 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., *Intervenor-Defendant for all claims;* | |
| -and- | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *Additional Defendant for Interpleader Claim,* | |
| -and- | |
| BANK BONDHOLDERS, *Intervenor-Defendant for Interpleader Claim* | (caption continued on next page) |

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395) (collectively "WMI" or "Debtors"). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

| | |
|---|---|
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., *Plaintiffs*, and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., *Intervenor-Plaintiff,* v. JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, *Defendant,* v. FEDERAL DEPOSIT INSURANCE CORPORATION, *Intervenor-Defendant* and BANK BONDHOLDERS, *Intervenor-Defendant.* | Adv. Proc. No. 09-50934 (MFW) Ref. Docket No. 175 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, *Cross-Claimant,* v. FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson, Nevada, *Cross-Claim Defendant.* | |

## ORDER APPROVING CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER GOVERNING THE PRODUCTION OF DOCUMENTS

**IT IS HEREBY ORDERED** that:

1. The Confidentiality Stipulation and Protective Order agreed to by the parties on December 11, 2009 subject to the approval of the Court, which is attached hereto as <u>Exhibit 1</u>, is approved.

2. All Parties to the Confidentiality Stipulation and Protective Order are Ordered to comply with its terms and with the terms of this Order.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: ~~December~~ Jan 28, 2009
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY
JUDGE

-3-